# CHRONOLOGICAL CASE SUMMARY
## CASE NO. 49D02-1505-CT-017445

| | | |
|---|---|---|
| DYLAN SINN vs. BRUCE LEMMON,STANLEY KNIGHT,D WILSONet al | § § § § § | Case Type: **CT - Civil Tort** <br> Date Filed: **05/27/2015** <br> Location: **Marion Superior Court, Civil Division 2** |

### PARTY INFORMATION

**Defendant**   **BRUSH, JOHN**

**Attorneys**
**Melinda Jae Schwer**
*Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
*Retained*
c/o Office of Indiana Attorney
General
Indiana Government Center
South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

**Defendant**   **HELDERMAN, J, II**

**Melinda Jae Schwer**
*Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
*Retained*
c/o Office of Indiana Attorney
General
Indiana Government Center
South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

**Defendant**   **KNIGHT, STANLEY**

**Melinda Jae Schwer**
*Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
*Retained*
c/o Office of Indiana Attorney
General

Indiana Government Center
South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

| Defendant | LEMMON, BRUCE |

Melinda Jae Schwer
*Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
*Retained*
c/o Office of Indiana Attorney
General
Indiana Government Center
South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

| Defendant | LIEUTENANT WIGGINS |

Melinda Jae Schwer
*Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
*Retained*
c/o Office of Indiana Attorney
General
Indiana Government Center
South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

| Defendant | MR HARTZEL |

| Defendant | OFFICER HODGKINS |

| Defendant | OFFICER JUDD |

Melinda Jae Schwer
*Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
*Retained*
c/o Office of Indiana Attorney
General
Indiana Government Center
South, 5th Floor

9/2/2015 12:47 PM

302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

| Defendant | **OFFICER MURRY** | **Melinda Jae Schwer** |
|-----------|-------------------|------------------------|

**Melinda Jae Schwer**
  *Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
  *Retained*
c/o Office of Indiana Attorney
General
Indiana Government Center
South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

**Defendant     PENFOLD, C**

**Melinda Jae Schwer**
  *Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
  *Retained*
c/o Office of Indiana Attorney
General
Indiana Government Center
South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

**Defendant     PHEGLEY, TIM**

**Melinda Jae Schwer**
  *Retained*
INDIANA GOVERNMENT
CENTER SOUTH
5TH FLOOR
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

317-234-4665(W)

Caryn Margaret Nieman
  *Retained*
c/o Office of Indiana Attorney
General
Indiana Government Center
South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

317-232-6297(W)

**Defendant     ROBBINS, TY**

| | | |
|---|---|---|
| **Defendant** | **SGT R MYERS** | **Melinda Jae Schwer**<br>*Retained*<br>INDIANA GOVERNMENT<br>CENTER SOUTH<br>5TH FLOOR<br>302 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204<br><br>317-234-4665(W)<br><br><br>Caryn Margaret Nieman<br>*Retained*<br>c/o Office of Indiana Attorney<br>General<br>Indiana Government Center<br>South, 5th Floor<br>302 W. Washington Street<br>Indianapolis, IN 46204-2770<br><br>317-232-6297(W) |
| **Defendant** | **SGT ROGERS** | **Melinda Jae Schwer**<br>*Retained*<br>INDIANA GOVERNMENT<br>CENTER SOUTH<br>5TH FLOOR<br>302 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204<br><br>317-234-4665(W)<br><br><br>Caryn Margaret Nieman<br>*Retained*<br>c/o Office of Indiana Attorney<br>General<br>Indiana Government Center<br>South, 5th Floor<br>302 W. Washington Street<br>Indianapolis, IN 46204-2770<br><br>317-232-6297(W) |
| **Defendant** | **STORM, QUENTIN** | **Melinda Jae Schwer**<br>*Retained*<br>INDIANA GOVERNMENT<br>CENTER SOUTH<br>5TH FLOOR<br>302 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204<br><br>317-234-4665(W)<br><br><br>Caryn Margaret Nieman<br>*Retained*<br>c/o Office of Indiana Attorney<br>General<br>Indiana Government Center<br>South, 5th Floor<br>302 W. Washington Street<br>Indianapolis, IN 46204-2770<br><br>317-232-6297(W) |
| **Defendant** | **VANNATTA, L A** | |

| | | |
|---|---|---|
| **Defendant** | **WILLIAMS, CHRIS** | **Melinda Jae Schwer**<br>*Retained*<br>INDIANA GOVERNMENT<br>CENTER SOUTH<br>5TH FLOOR<br>302 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204<br><br>317-234-4665(W)<br><br><br>**Caryn Margaret Nieman**<br>*Retained*<br>c/o Office of Indiana Attorney<br>General<br>Indiana Government Center<br>South, 5th Floor<br>302 W. Washington Street<br>Indianapolis, IN 46204-2770<br><br>317-232-6297(W) |
| **Defendant** | **WILSON, D** | |
| **Plaintiff** | **SINN, DYLAN** | **Michael Keaney Sutherlin**<br>*Retained*<br>P.O Box 441095<br>Indianapolis, IN 46244<br><br>317-634-6313(W)<br><br><br>**Samuel M Adams**<br>*Retained*<br>P.O. Box 441095<br>Indianapolis, IN 46244<br><br>(317)634-6313(W) |

**EVENTS & ORDERS OF THE COURT**

| | |
|---|---|
| 05/27/2015 | **Case Opened as a New Filing** |
| 06/01/2015 | **Appearance Filed**<br>For Party:   SINN, DYLAN<br>File Stamp: 05/27/2015 |
| 06/11/2015 | **Certified Mail Returned**<br>*SUMMONS: SERVE: D WILSON PUTNAMVILLE CORRECTIONAL FACILITY RETURN TO SENDER NOT AT THIS ADDRESS*<br>Date Signed: 06/10/2015 |
| 06/11/2015 | **Certified Mail Returned**<br>*SUMMONS SERVE: L.A. VANNATTA PUTNAMVILLE CORRECTIONAL FACILITY NOT AT THE ADDRESS RETURN TO SENDER*<br>Date Signed: 06/10/2015 |
| 06/11/2015 | **Certified Mail Returned**<br>*SUMMONS SERVE TY ROBBINS / PUTNAMVILLE CORRECTIONAL FACILITY RETURN TO SENDER*<br>Date Signed: 06/10/2015 |
| 06/12/2015 | **Certified Mail Returned**<br>*summons not served 6-11-15 at 1946 US 40, Greencastle IN 46135. att not known.*<br>Party Served:  MR HARTZEL |
| 06/17/2015 | **Certified Mail Returned**<br>*SUMMONS SERVED TO J HELDERMAN II, PUTNAMVILLE CORRECTIONAL FACILITY*<br>Date Signed: 05/30/2015 |
| 06/17/2015 | **Certified Mail Returned**<br>*SUMMONS SERVED TO TIM PHEGLEY, PUTNAMVILLE CORRECTIONAL FACILITY*<br>Date Signed: 05/30/2015 |
| 06/17/2015 | **Certified Mail Returned**<br>*SUMMONS SERVED TO QUENTIN STORM, TUPNAMVILLE CORRECTIONAL FACILITY*<br>Date Signed: 05/30/2015 |
| 06/17/2015 | **Certified Mail Returned**<br>*SUMMONS SERVED TO STG. ROGERS, PUTNAMVILLE CORRECTIONAL FACILITY*<br>Date Signed: 05/30/2015 |
| 06/17/2015 | **Certified Mail Returned**<br>*SUMMONS SERVED TO JOHN BRUSH, PUTNAMVILLE CORRECTIONAL FACILITY*<br>Date Signed: 05/30/2015 |
| 06/17/2015 | **Certified Mail Returned**<br>*SUMMONS SERVED TO LT. WIGGINS, PLAINFIELD CORRECTIONAL FACILTIY*<br>Date Signed: 06/01/2015 |

http://mycasein.gov/CaseDetails.aspx?CaseID=21071077

| | |
|---|---|
| 06/17/2015 | **Certified Mail Returned** |
| | *SUMMONS SERVED TO C. PENFOLD, PLAINFIELD CORRECTIONAL FACILITY* |
| | Date Signed: 06/01/2015 |
| 06/17/2015 | **Certified Mail Returned** |
| | *SUMMONS SERVED TO SGT. R. MYERS, PUTNAMVILLE CORRECTIONAL FACILITY* |
| | Date Signed: 06/01/2015 |
| 06/17/2015 | **Certified Mail Returned** |
| | *SUMMONS SERVED TO OFFICER MURRY, PUTNAMVILLE CORRECTIONAL FACILITY* |
| | Date Signed: 05/30/2015 |
| 06/17/2015 | **Certified Mail Returned** |
| | *SUMMONS SERVED TO STANLEY KNIGHT, PUTNAMVILLE CORRECTIONAL FACILITY* |
| | Date Signed: 06/01/2015 |
| 06/17/2015 | **Certified Mail Returned** |
| | *SUMMONS SERVED TO COMMISSIONER BRUCE LEMMON, INDIANA DEPARTMENT OF CORRECTION* |
| | Date Signed: 06/01/2015 |
| 06/17/2015 | **Certified Mail Returned** |
| | *SUMMONS SERVED TO OFFICER JUDD, PUTNAMVILLE CORRECTIONAL FACILITY* |
| | Date Signed: 05/30/2015 |
| 06/17/2015 | **Certified Mail Returned** |
| | *SUMMONS SERVED TO CHRIS WILLIAMS, PUTNAMVILLE CORRECTIONAL FACILITY* |
| | Date Signed: 05/30/2015 |
| 06/23/2015 | **Certified Mail Returned** |
| | *summons served on def IN Atty General at 302 W Washington St, Indy 46204.* |
| | Date Signed: 06/02/2015 |
| 06/26/2015 | **Appearance Filed** |
| | For Party: BRUSH, JOHN |
| | For Party: HELDERMAN, J, II |
| | For Party: KNIGHT, STANLEY |
| | For Party: LEMMON, BRUCE |
| | For Party: LIEUTENANT WIGGINS |
| | For Party: OFFICER JUDD |
| | For Party: OFFICER MURRY |
| | For Party: PENFOLD, C |
| | For Party: PHEGLEY, TIM |
| | For Party: SGT R MYERS |
| | For Party: SGT ROGERS |
| | For Party: STORM, QUENTIN |
| | For Party: WILLIAMS, CHRIS |
| | File Stamp: 06/25/2015 |
| 06/26/2015 | **Motion for Enlargement of Time Filed** |
| | Filed By: BRUSH, JOHN |
| | Filed By: HELDERMAN, J, II |
| | Filed By: KNIGHT, STANLEY |
| | Filed By: LEMMON, BRUCE |
| | Filed By: LIEUTENANT WIGGINS |
| | Filed By: Nieman, Caryn Margaret |
| | Filed By: OFFICER JUDD |
| | Filed By: OFFICER MURRY |
| | Filed By: PENFOLD, C |
| | Filed By: PHEGLEY, TIM |
| | Filed By: Schwer, Melinda Jae |
| | Filed By: SGT R MYERS |
| | Filed By: SGT ROGERS |
| | Filed By: STORM, QUENTIN |
| | Filed By: WILLIAMS, CHRIS |
| | File Stamp: 06/25/2015 |
| 06/29/2015 | **Order Granting Motion for Enlargement of Time** |
| | *THEREFORE IT IS ORDERED THAT THESE DEFENDANTS ARE GRANTED AN ENLARGEMENT OF TIME, TO AND INCLUDING 07/25/2015, IN WHICH TO RESPOND TO THE PLAINTIFF'S COMPLAINT FOR DAMAGES AND DECLARATORY JUDGMENT. NOTICE TO PARTIES.* |
| | Order Signed: 06/25/2015 |
| 07/24/2015 | **Motion for Enlargement of Time Filed** |
| | Filed By: BRUSH, JOHN |
| | Filed By: HELDERMAN, J, II |
| | Filed By: KNIGHT, STANLEY |
| | Filed By: LEMMON, BRUCE |
| | Filed By: LIEUTENANT WIGGINS |
| | Filed By: OFFICER JUDD |
| | Filed By: OFFICER MURRY |
| | Filed By: PENFOLD, C |
| | Filed By: PHEGLEY, TIM |
| | Filed By: Schwer, Melinda Jae |
| | Filed By: SGT R MYERS |
| | Filed By: SGT ROGERS |
| | Filed By: STORM, QUENTIN |
| | Filed By: WILLIAMS, CHRIS |
| | File Stamp: 07/24/2015 |

9/2/2015 12:47 PM

| | |
|---|---|
| 08/04/2015 | **Order Granting Motion for Enlargement of Time** |
| | *IT IS THEREFORE ORDERED THAT THESE DEFENDANTS ARE GRANTED AN ENLARGEMENT OF TIME TO AND INCLUDING 08/24/2015, IN WHICH TO RESPOND TO THE PLAINTIFF'S COMPLAINT FOR DAMAGES AND DECLARATORY JUDGMENT. NOTICE TO PARTIES.* |
| | Order Signed: 07/29/2015 |
| 08/14/2015 | **Notice Filed** |
| | *NOTICE OF PROOF OF SERVICE OF PROCESS* |
| | File Stamp: 08/14/2015 |
| 08/25/2015 | **Motion for Enlargement of Time Filed** |
| | Filed By:    BRUSH, JOHN |
| | Filed By:    HELDERMAN, J, II |
| | Filed By:    KNIGHT, STANLEY |
| | Filed By:    LEMMON, BRUCE |
| | Filed By:    LIEUTENANT WIGGINS |
| | Filed By:    OFFICER JUDD |
| | Filed By:    OFFICER MURRY |
| | Filed By:    PHEGLEY, TIM |
| | Filed By:    Schwer, Melinda Jae |
| | Filed By:    SGT R MYERS |
| | Filed By:    SGT ROGERS |
| | Filed By:    STORM, QUENTIN |
| | Filed By:    WILLIAMS, CHRIS |
| | File Stamp: 08/24/2015 |
| 09/01/2015 | **Appearance Filed** |
| | For Party:   MR HARTZEL |
| | For Party:   ROBBINS, TY |
| | For Party:   VANNATTA, L A |
| | File Stamp: 08/31/2015 |
| 09/01/2015 | **Motion for Enlargement of Time Filed** |
| | Filed By:    MR HARTZEL |
| | Filed By:    ROBBINS, TY |
| | Filed By:    Schwer, Melinda Jae |
| | File Stamp: 08/31/2015 |

**Please note that any Balance Due does not reflect interest that has accrued since the last payment.**

STATE OF INDIANA )
                             ) SS:
COUNTY OF MARION )

IN THE MARION SUPERIOR COURT

Cause No.

FILED

(182)   MAY 2 7 2015

CLERK OF THE MARION CIRCUIT COURT

DYLAN SINN, )
                        )
      Plaintiff, )
                        )
      v. )
                        )
BRUCE LEMMON )
COMMISSIONER OF THE INDIANA )
DEPARTMENT OF CORRECTION; )
                        )
STANLEY KNIGHT, )
SUPERINTENDENT OF THE )
PUTNAMVILLE )
CORRECTIONAL FACILITY; )
                        )
D. WILSON, PROGRAM )
COORDINATOR, PUTNAMVILLE )
CORRECTIONAL FACILITY; )
                        )
QUENTIN STORM, CPO, )
PUTNAMVILLE CORRECTIONAL )
FACILITY; )
                        )
TIM PHEGLEY; ASSISTANT )
SUPERINTENDANT OF OPERATIONS )
OF PUTNAMVILLE )
CORRECTIONAL FACILITY; )
                        )
C. PENFOLD,  PLAINFIELD )
CORRECTIONAL FACILITY; )
                        )
CHRIS WILLIAMS, PUTNAMVILLE )
CORRECTIONAL FACILITY; )
                        )
J. HELDERMAN II, ASSISTANT )
GRIEVANCE SPECIALIST, )
PUTNAMVILLE )
CORRECTIONAL FACILITY; )

JOHN BRUSH, COUNSELOR,               )
PUTNAMVILLE                          )
CORRECTIONAL FACLIITY;               )
                                     )
SGT. ROGERS, PUTNAMVILLE             )
CORRECTIONAL FACILITY;               )
                                     )
OFFICER HODGKINS, PUTNAMVILLE        )
CORRECTIONAL FACILITY;               )
                                     )
OFFICER JUDD, PUTNAMVILLE            )
CORRECTIONAL FACILITY;               )
                                     )
SGT. R. MYERS, PUTNAMVILLE           )
CORRECTIONAL FACILITY;               )
                                     )
OFFICER MURRY, PUTNAMVILLE           )
CORRECTIONAL FACILITY;               )
                                     )
TY ROBBINS, ACTING                   )
CLASSIFICATION SPECIALIST,           )
PUTNAMVILLE CORRECTIONAL             )
FACILITY;                            )
                                     )
LIEUTENANT WIGGINS,                  )
PLAINFIELD CORRECTIONAL              )
FACILITY;                            )
                                     )
MR. HARTZEL, ASSISTANT               )
SUPERINTENDENT, PUTNAMVILLE          )
CORRECTIONAL FACILITY; AND           )
                                     )
L. A. VANNATTA, ASSISTANT            )
SUPERINTENDENT PUTNAMVILLE           )
CORRECTIONAL FACILITY;               )
                                     )
                    Defendants       )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**   Initiating

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members: Plaintiff Dylan Sinn

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: Michael K. Sutherlin                     Atty Number: 508-49
Address: P.O. Box 441095                       Phone: (317) 634-6313
Indianapolis, IN 46244                         FAX: (317) 621-8818
                                               Email Address: msutherlin@gmail.com

_____

*Principal Attorney*

*Additional Attorneys representing parties – see Continuation Page*

3. There are other party members: No *(If yes, list on continuation page.)*

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):  CT

5. I will accept service by FAX at the above noted number:  No

6. This case involves support issues. No

7. There are related cases: No  *(If yes, list on continuation page.)*

8. This form has been served on all other parties and Certificate of Service is attached:
   Yes

9. Additional information required by local rule:  None

Respectfully submitted,


Michael K. Sutherlin                           Samuel M. Adams
Atty. No. 508-49                               Atty. No. 28437-49
Michael K. Sutherlin & Associates              Michael K. Sutherlin & Associates
P.O. Box 441095                                P.O. Box 441095
Indianapolis, IN 46244-1095                    Indianapolis, IN 46244-1095
Tel.    (317) 634-6313                          Tel.    (317) 634-6313
Fax.    (317) 631-8818                          Fax.    (317) 631-8818
Email: msutherlin@gmail.com                     Email: msutherlin@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via first class

U.S. Mail, postage pre-paid, certified and return receipt requested, this 27th day of May, 2015.


John Brush
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Mr. Hartzel
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

J. Helderman II
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Officer Hodgkins
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Officer Judd
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Stanley Knight
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Commissioner Bruce Lemmon
Indiana Department of Correction
302 W. Washington St., Room E-334
Indianapolis, IN 46204

Officer Murry
Putnamville Correctional Facility
1946 US-40

Greencastle, IN 46135

Sgt. R. Myers
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

C. Penfold
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Tim Phegley
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Ty Robbins
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Sgt. Rogers
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Quentin Storm
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

L. A. VanNatta
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Lt. Wiggins
Plainfield Correctional Facility
727 Moon Rd.
Plainfield, IN 46168

Chris Williams
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

D. Wilson
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

Greg Zoeller
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Michael K. Sutherlin
Atty. No. 508-49

MICHAEL K. SUTHERLIN & ASSOCIATES
P.O. Box 441095
Indianapolis, IN 46244-1095
Phone: (317) 634-6313
Fax:    (317) 631-8818
Email: msutherlin@gmail.com

6

**CONTINUATION OF ITEM #2**

Name: Samuel M. Adams
Address: P.O. Box 441095
Indianapolis, IN 46244

Atty Number: 28437-49
Phone: (317) 634-6313
FAX: (317) 621-8818
Email Address: msutherlin@gmail.com

STATE OF INDIANA )
                 ) SS:
COUNTY OF MARION )

IN THE MARION SUPERIOR COURT

Cause No.     49D 15 05 CT 0 1 7 4 4 5

DYLAN SINN,                          )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )
                                     )
BRUCE LEMMON                         )
COMMISSIONER OF THE INDIANA          )
DEPARTMENT OF CORRECTION;            )
                                     )
STANLEY KNIGHT,                      )
SUPERINTENDENT OF THE                )
PUTNAMVILLE                          )
CORRECTIONAL FACILITY;               )
                                     )
D. WILSON, PROGRAM                   )
COORDINATOR, PUTNAMVILLE             )
CORRECTIONAL FACILITY;               )
                                     )
QUENTIN STORM, CPO,                  )
PUTNAMVILLE CORRECTIONAL             )
FACILITY;                            )
                                     )
TIM PHEGLEY; ASSISTANT               )
SUPERINTENDANT OF OPERATIONS         )
 OF PUTNAMVILLE                      )
 CORRECTIONAL FACILITY;              )
                                     )
C. PENFOLD, PLAINFIELD               )
CORRECTIONAL FACILITY;               )
                                     )
CHRIS WILLIAMS, PUTNAMVILLE          )
CORRECTIONAL FACILITY;               )
                                     )
J. HELDERMAN II, ASSISTANT           )
GRIEVANCE SPECIALIST,                )
PUTNAMVILLE                          )
CORRECTIONAL FACILITY;               )

FILED

(182)   MAY 2 7 2015

Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

JOHN BRUSH, COUNSELOR,                    )
PUTNAMVILLE                               )
CORRECTIONAL FACLIITY;                    )
                                          )
SGT. ROGERS, PUTNAMVILLE                  )
CORRECTIONAL FACILITY;                    )
                                          )
OFFICER HODGKINS, PUTNAMVILLE             )
CORRECTIONAL FACILITY;                    )
                                          )
OFFICER JUDD, PUTNAMVILLE                 )
CORRECTIONAL FACILITY;                    )
                                          )
SGT. R. MYERS, PUTNAMVILLE                )
CORRECTIONAL FACILITY;                    )
                                          )
OFFICER MURRY, PUTNAMVILLE                )
CORRECTIONAL FACILITY;                    )
                                          )
TY ROBBINS, ACTING                        )
CLASSIFICATION SPECIALIST,                )
PUTNAMVILLE CORRECTIONAL                  )
FACILITY;                                 )
                                          )
LIEUTENANT WIGGINS,                       )
PLAINFIELD CORRECTIONAL                   )
FACILITY;                                 )
                                          )
MR. HARTZEL, ASSISTANT                    )
SUPERINTENDENT, PUTNAMVILLE               )
CORRECTIONAL FACILITY; AND                )
                                          )
L. A. VANNATTA, ASSISTANT                 )
SUPERINTENDENT PUTNAMVILLE                )
CORRECTIONAL FACILITY;                    )
                                          )
                    Defendants            )

## COMPLAINT FOR DAMAGES AND DECLARATORY JUDGMENT

### I. Summary of Claims

The Indiana Department of Correction is the state government agency given responsibility to maintain custody of men, women and children who have been convicted and sentenced by Indiana's criminal courts. The responsibility requires that the inmates be kept in a safe environment, free from foreseeable inmate-on-inmate violence. To ignore such known threats or to blame the inmates is callous and malicious and is unconstitutional punishment. This indifferent practice and policy violates the 8th Amendment and the 4th and 14th Amendments to the United States Constitution.

Gang violence is based on race in the prison systems of Indiana. Prison gangs capriciously assign members to attack and beat and sometimes kill an inmate. The gang leaders can send an attacker after the victim by requesting that he be locked up in administrative segregation or request a transfer based upon his invented claim that he too is in fear of his life. The DOC administration obliges, the request is acted upon, and now the assassin is in the same unit, dormitory, Administrative Segregation Unit, or institution as his intended victim.

Dylan Sinn was twice brutally attacked in April 2014 by a gang of black inmates. The first attack was so they could take his property, and the second was to punish him for reporting the first assault. The indifference shown by the staff and by the policymakers of the Indiana Department of Correction demonstrate an unconstitutional practice and policy of indifference to inmate safety.

## II.     JURISDICTION AND VENUE

4.     This cause of action arose in Putnam County, Indiana, and Marion County,

Indiana. The Defendant Bruce Lemmon, Commissioner of the Indiana Department of Correction

is the head of an agency of the State of Indiana, with its primary office located in Marion

County, Indiana, and Putnamville Correctional Facility is located in Putnam County, Indiana.

The Marion County courts have general jurisdiction to hear Plaintiff's claims.

5.     A tort claim notice encompassing the claims expressed herein was served by

Plaintiff.

6.     Preferred venue is located in Marion County, Indiana, because the Bruce

Lemmon, Commissioner of the Indiana Department of Correction, is located in Marion County.


## III. PARTIES

7.     The plaintiff, Dylan Sinn, was incarcerated at the Putnamville Correctional

Facility at all relevant times.  Mr. Sinn is a citizen of Indiana and currently resides in Vigo

County, Indiana.

8.     The various defendants and co-conspirators of a meaningless Indiana Department

of Correction grievance system work at the Putnamville Correctional Facility, Plainfield

Correctional Facility (also referred to as IYC), and the principal administrative offices in

Indianapolis.  Commissioner LEMMON, Superintendent KNIGHT, Assistant Superintendent

PHEGLEY, Assistant Superintendent HARTSOCK, Assistant Superintendent VANNATTA and

the Intern Program Coordinator D. WILSON, are all sued in their official capacity and

individually.

4

9. The Defendant Commissioner, Bruce Lemmon has authority of the Facility and is the final authority for all policies of the IDOC.

10. Superintendent Stanley Knight was the state official responsible for the safe detention of inmates at the Indiana Putnamville Correctional Facility (commonly known as "the Farm"). He is responsible for enforcing the laws and the constitution of the State of Indiana and the U.S. Constitution. He is responsible for insuring an honest and meaningful prison grievance process by which inmates make complaints and seek redress. Mr. Knight is ultimately responsible for hiring correctional officers and staff and approving their assignments and their discipline.

11. The following named defendants, assigned to the Farm, are sued only in their individual capacity:

D. WILSON, INTERN, PROGRAM COODINATOR

QUENTIN STORM, INVESTIGATOR

CHRIS WILLIAMS, HEAD GRIEVENCE SPECIALIST

JACKIE HELDERMAN II, ASSISTANT GRIEVENCE SPECIALIST

JOHN BRUSH, COUNSELOR

JOHN MURRY, CASEWORK MANAGER

SGT. SCOTT ROGERS. C.O.

PAUL HOSKINS, C.O.

BEAU MICHAEL JUDD, C.O.

SGT. R. MYERS, C.O.

TY ROBBINS, ACTING CLASSIFICATION SPECIALIST

12. The following named defendants, assigned to the PLAINFIELD CORRECTIONAL FACILITY, are sued only in their individual capacity:

LT. WIGGINS, C.O.

C. PENFOLD, GRIEVANCE SPECIALIST

## IV.  ASSAULT OF DYLAN SINN
## AND OFFICIAL CONSPIRACY TO COVER UP GANG VIOLENCE

13.     Dylan Sinn had been incarcerated and detained by the Indiana Department of Correction since June 2011. He was released on February 6, 2015, and is supervised as a parolee by the Indiana Department of Correction.

14.     In June 2013 Mr. Sinn was transferred from Pendleton Correction Facility to Putnamville Correctional Facility. While in that facility, he was relocated to various dormitories including 11 South and 18 South, where the two (2) attacks and assaults occurred.

15.     It is common knowledge that many African American males are members of gangs such as the Vice Lords, a security threat group (STG). The adult male prison population at all facilities is 26,710. As of January 1, 2013, a disproportional percentage of the prison population is black (36%). (The term "black" or "African American" is intended to be descriptive and not derogatory).

16.     The dormitories are utilized to house idle inmates. The various dorms including 11 South and 18 South have approximately 150 inmates but only one (1) correctional officer to monitor all the activities in the dorm after 4:00 p.m.

17.     On or about April 24, 2014, Mr. Sinn was robbed of his personal property and assaulted by several black inmates.

18. Only one correctional officer was assigned to 11 South at the time the assault took place.

19. The lone officer signaled an alert, but it took several minutes before any assistance arrived. In the meantime, Mr. Sinn had his personal property taken, and he was beaten up but not seriously injured.

20. Sgt. Scott Rogers and C.O. Paul Hoskins responded, along with perhaps two others, and moved Mr. Sinn to Dormitory 18 South, but did not segregate the attackers.

21. Rogers and Hoskins viewed the video recording and considered what to do before taking Mr. Sinn to 18 South.

22. In addition to Mr. Sinn being attacked by black gang members, two other white inmates were also attacked and the C.O.s also moved them to another dormitory. One of these inmates is Justin Franklin, who is still at the Farm.

23. Mr. Sinn overheard the correctional officers who viewed the video of Sinn's attack state that it was too close to shift change to deal with all that. He took this to mean that because there were several black inmates who were captured on the video and could be identified, the correctional officers did not want to spend any additional time before their shift ended.

24. The two white inmates were attacked a few days later again by black gang members, even though Mr. Sinn warned the correctional officers that the gang would come after them again.

25. Mr. Sinn alerted the administration and unit staff that he was afraid for his safety even though he was transferred to a new dorm. Defendant John Brush pulled Mr. Sinn out of line on or about April 25, 2014, and asked him how he was doing. Brush told him that he heard what

happened and he also knew that two other white inmates had been attacked by gang members. He said he would look into the matter. See Exhibits A and B.

26.     On or about April 30, 2014, Mr. Sinn was again assaulted by black inmates, whom he believes to be a part of the same criminal prison gang, the Vice Lords.

27.     This time he suffered a broken leg in two places, a fractured jaw, a broken nose, and several contusions to his face and body.  This occurred when he was forced into the shower area and was severely beaten.

28.     He was taken by ambulance to Regional Hospital for treatment and then transferred to Methodist Hospital (IU Health) Indianapolis where he underwent two surgeries.

29.     He spent several weeks recuperating; some of that time spent at the IYC Medical Unit or in lock up at IYC where he was placed for his own safety.

30.     This attack of April 30, 2014, again occurred with only one guard on duty who was assigned to Dorm 18 South. The attack was video recorded.

31.     The attack was investigated by Darrin Channey, I.A. IV, who referred the matter directly to Stanley Knight, Superintendent. THIS REPORT IS MOSTLY ACCURATE. See Ex C.

32.     Even though Defendant Phegley claims to have referred the matter to the Putnam County Prosecutor, no action was taken against the assailants; no charges were filed. See Ex D.

30.     Mr. Sinn believes that the FARM has been understaffed by 70 guards for a considerable period of time.

31.     This shortage of correctional officers and other staff, along with other DOC fiscal decisions, are intended to save the state money and allow the State surplus to grow or at least be maintained.

8

32.     This fiscal concern is at odds with and contrary to the responsibility to protect inmates from foreseeable harm; in this case assaults by fellow inmates.

33.     Mr. Sinn learned that John Murry, a casework manager, attempted to restrict his access to the law library when he was doing research on his grievance and tort claim notice.

34.     Mr. Sinn has submitted various grievances and appealed to the highest authority at the institution.  See Exhibits E, F, G, H, and I.

35.     Mr. Sinn wrote to his counselor, Mr. John Brush, his unit team manager, and the assistant superintendent, expressing his serious concerns for his safety and his fear of another gang attack.  See Exhibits A, B, C, D, E, F, G, H, and I.

36.     Mr. Sinn is unaware of any meaningful consequence or disciplinary action to the assailants of the April 24 attack, or the April 30, 2014, attack. No prosecution was ever initiated.

37.     One investigative report, compiled by Quentin Storm, claimed in Case Log # 84037, that Mr. Sinn "slipped in water".  Mr. Storm also stated, gratuitously, that Sinn was prone to trouble and had a write up in New Castle Facility.  All of this information was invented.  See Exhibit J.

38.     Mr. Sinn's grievance form was eventually reviewed on appeal. The Offender Grievance Response Report from defendant D. Wilson and L.A. VanNatta indicated in the final level of review, that there was insufficient information and that the grievance had not been filed within the timeframe. This decision was issued on October 21, 2014.

39.     While Mr. Sinn was recuperating at the medical unit art IYC, he attempted to file another grievance against the FARM. However, C. Penfold, a grievance specialist, and Lt. Wiggins would not accept it, and Lt. Wiggins threw it in the trash.

40.    Mr. Sinn underwent two emergency surgeries and wrote the grievances as soon as he was physically able.

41.    Such was the indifference to the suffering of Mr. Sinn and other victims of gang violence that various C.O.s passed around the video of the assault for vicarious entertainment.

42.    On July 10, 2014, Mr. Sinn was approved for protective custody at Plainfield by Classification Supervisor, Ty Robbins. Exhibit K.

43.    On August 2, 2014 Mr. Sinn asked the correctional staff how he should follow up and pursue his grievances. He had complained in particular of the inadequate staff leading to two assaults by black gang members. Exhibit H.

44.    However, there were no assurances by staff that they could protect Mr. Sinn from these gang activities.

45.    On February 5, 2015, after several months and no convincing assurances that the DOC could protect him, Mr. Sinn sought a sentence modification and early release. The court considered his petition and found that his sentence should be modified and among its findings indicated "There has been a substantial change in Mr. Sinn's circumstances since imposition of sentence herein, to wit: he has suffered serious injuries in the Department of Correction and, both due to his injuries and to the DOC's inability to provide for his safety in the general population, he will no longer be able to participate in programming as contemplated by the sentencing court." See Exhibit L.

46.    The DOC did not object to the petition for sentence modification or the court's findings and order.

47.     Mr. Sinn has complained that there is a systemic problem of understaffing at the DOC facility in Plainfield and believes that this is due to a statewide policy of understaffing prisons in order to save money.

48.     Based upon his own observations and experience, Mr. Sinn has also alleged and believes that gangs, predominantly black gangs, act with little consequence to steal, assault, subjugate, and dominate individual inmates – most frequently white inmates.

49.     This security and safety issue, while racially sensitive, has not been adequately addressed, and as a consequence Mr. Sinn and many others have suffered serious injury, mental anguish, and loss of personal property.

50.     The willful indifference by the prison administrators and the collusive conduct constitutes a conspiracy to cover up a systemic security problem within the Indiana Department of Correction prison facilities.


## V.     REQUEST FOR RELIEF

WHEREFORE, the plaintiff respectfully requests:

1.     A Declaratory Judgment and that the Court declare the current practice of understaffing the prison facility at Plainfield to be unconstitutional and/or negligent, causing or leading to the inevitable and foreseeable suffering and injury of inmates from other inmate attacks.

2.     To award damages to Mr. Dylan Sinn that adequately compensate for his injuries, including suffering and mental anguish.

3.     To award attorney fees and costs.

4.     To award punitive damages and all other relief which is just on the premises.

## VI.    REQUEST FOR JURY TRIAL

Plaintiff requests a trial by jury.

Respectfully submitted,

_Michael K. Sutherlin_
Michael K. Sutherlin
Attorney for the Plaintiff

Michael K. Sutherlin, Atty. #508-49
Samuel M. Adams, Atty. #28437-49
MICHAEL K. SUTHERLIN & ASSOCIATES, P.C.
P.O. Box 441095
Indianapolis, IN 46244-1095

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

                          Plaintiff

              -vs-                    Cause No. _____ 15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al.

                          Defendants

TO DEFENDANT:     Commissioner Bruce Lemmon
                  Indiana Department of Correction
                  302 W. Washington St., Room E-334
                  Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____     _____
                                        Clerk, Marion Superior Court      MAY 2 7 2015 (Seal)

          **(The following manner or service of summons is hereby designated.)**
  XXX   Registered or certified mail.
  _____ Service at place of employment, to-wit: _____
  _____ Service on individual - (Personal or copy) at above address.
  _____ Service on agent. (Specify)
  _____ Other Service (Specify)

_____
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095 _____              Clerk of Courts
Indianapolis, IN 46244-1095 _____  Marion County
Address                                      200 E. Washington Street, Ste. W122
(317) 634-6313 _____               Indianapolis, IN 46204
Telephone

                                             (317) 327-4740 _____
                                             Telephone



Cut on dotted line



**UNITED STATE**
**POSTAL SERVICE**

Date: June 16, 2015

Mcco Mcco:

The following is in response to your June 16, 2015 request for delivery information on
your Signature Confirmation™ item number 9402109699939972185246.  The delivery
record shows that this item was delivered on June 1, 2015 at 2:43 pm in INDIANAPOLIS,
IN  46204 to L ALLEN. The scanned image of the recipient information is provided
below.

Signature of Recipient :

> Signature
> X    *Leslie A. Allen*
> Printed Name   *LESLIE A. ALLEN*

Address of Recipient :

> Delivery Address   *302 W Wast (Ind.)*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

9402109699939972185246
49D021505CT017445
INDIANA DEPARTMENT OF CORRECTIONS
INDIANAPOLIS IN 46204

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

                              Plaintiff              CASE NO. 15 05 CT 0 1 7 4 4 5

              -vs-                        Cause No. _____

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al.

                    Defendants

TO DEFENDANT:   Officer Judd
                Putnamville Correctional Facility
                1946 US-40
                Greencastle, IN 46135

     You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

     The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

     An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

     If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

     If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

                                          _Myla Eldridge_
                                          CLERK OF THE MARION CIRCUIT COURT

                                          MAY 2 7 2015

Dated May 27, 2015 _____     _____ (Seal)
                                          Clerk, Marion Superior Court

                **(The following manner or service of summons is hereby designated.)**
     XXX    Registered or certified mail.
     _____  Service at place of employment, to-wit: _____
     _____  Service on individual -  (Personal or copy) at above address.
     _____  Service on agent.  (Specify)
     _____  Other Service (Specify)

_Michael K. Sutherlin_
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**                     Clerk of Courts
                                               Marion County
P.O. Box 441095 _____                200 E. Washington Street, Ste. W122
Indianapolis, IN 46244-1095 _____    Indianapolis, IN 46204
Address
(317) 634-6313 _____                 (317) 327-4740 _____
Telephone                                      Telephone

Powered By Pitney Bowes



Cut on dotted line



**UNITED STATE**
**POSTAL SERVICE®**

Date: June 15, 2015

Mcco Mcco:

The following is in response to your June 15, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699939972177999.  The delivery record shows that this item was delivered on May 30, 2015 at 11:52 am in GREENCASTLE, IN  46135 to R BUSHONG. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

1946 W US HWY 40

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699939972177999
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# SUMMONS

In the Marion Superior Court No. _____

DYLAN SINN, _____

                    Plaintiff

           -vs-                        Cause No. _____ 15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al.

                    Defendants

TO DEFENDANT:   Chris Williams
                Putnamville Correctional Facility
                1946 US-40
                Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

                                                                    CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____         _____  MAY 2 7 2015 _____(Seal)
                                            Clerk, Marion Superior Court

                    **(The following manner or service of summons is hereby designated.)**
       XXX   Registered or certified mail.
       _____  Service at place of employment, to-wit: _____
       _____  Service on individual - (Personal or copy) at above address.
       _____  Service on agent.  (Specify)
       _____  Other Service (Specify)

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**                     Clerk of Courts
                                               Marion County
P.O. Box 441095 _____                200 E. Washington Street, Ste. W122
Indianapolis, IN 46244-1095 _____        Indianapolis, IN 46204
Address
(317) 634-6313 _____                 (317) 327-4740 _____
Telephone                                      Telephone



Cut on dotted line


**UNITED STATE**
**POSTAL SERVICE**

Date: June 15, 2015

Mcco Mcco:

The following is in response to your June 15, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699939972237815.  The delivery record shows that this item was delivered on May 30, 2015 at 11:52 am in GREENCASTLE, IN  46135 to R BUSHONG. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

1946 W US HWY 40

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699939972237815
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

Plaintiff

-vs-

Cause No. _____ 15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al.

Defendants

TO DEFENDANT:   Sgt. R. Myers
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____          _____
                                              Clerk, Marion Superior Court        MAY 2 7 2015 _____ (Seal)

**(The following manner or service of summons is hereby designated.)**

| | |
|---|---|
| XXX | Registered or certified mail. |
| ____ | Service at place of employment, to-wit: _____ |
| ____ | Service on individual - (Personal or copy) at above address. |
| ____ | Service on agent. (Specify) |
| ____ | Other Service (Specify) |

_____

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095
Indianapolis, IN 46244-1095
Address
(317) 634-6313
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740
Telephone



Cut on dotted line

**UNITED STATE**
**POSTAL SERVICE™**

Date: June 16, 2015

Mcco Mcco:

The following is in response to your June 16, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699939972198550.  The delivery record shows that this item was delivered on June 1, 2015 at 12:41 pm in GREENCASTLE, IN  46135 to S BENTON. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :         *1946  W  4D*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699939972198550
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# S U M M O N S

|  |  |
|---|---|
| | In the Marion Superior Court No. _____ |
| DYLAN SINN, _____ | |
| | |
| Plaintiff | Cause No. _____ 48H02 15 05 CT 017445 |
| -vs- | |
| BRUCE LEMMON, COMMISSIONER OF | |
| THE INDIANA DEPARTMENT OF | |
| CORRECTION, et al. _____ | |
| | |
| Defendants | |

TO DEFENDANT:    Officer Murry
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____

MAY 2 7 2015

_____ (Seal)
Clerk, Marion Superior Court

**(The following manner or service of summons is hereby designated.)**
XXX___ Registered or certified mail.
_____ Service at place of employment, to-wit: _____
_____ Service on individual - (Personal or copy) at above address.
_____ Service on agent. (Specify)
_____ Other Service (Specify)

*Michael K. Sutherlin*
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095
Indianapolis, IN 46244-1095
Address
(317) 634-6313
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740
Telephone



Cut on dotted line


**UNITED STATE**
**POSTAL SERVICE**

Date: June 16, 2015

Mcco Mcco:

The following is in response to your June 16, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699938490269872. The delivery record shows that this item was delivered on May 30, 2015 at 11:52 am in GREENCASTLE, IN 46135 to R BUSHONG. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

1946 W US HWY 40

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699938490269872
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

Plaintiff

-vs-

Cause No. _____  15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al.

Defendants

TO DEFENDANT:   Stanley Knight
Putnamville Correctional Facility
1946 US-40
Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

MAY 2 7 2015

Dated May 27, 2015 _____

_____ (Seal)
Clerk, Marion Superior Court

**(The following manner or service of summons is hereby designated.)**

XXX    Registered or certified mail.
_____   Service at place of employment, to-wit: _____
_____   Service on individual -  (Personal or copy) at above address.
_____   Service on agent.  (Specify)
_____   Other Service (Specify)

_Michael K. Sutherlin_

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095 _____
Indianapolis, IN 46244-1095 _____
Address
(317) 634-6313 _____
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740 _____
Telephone



Cut on dotted line



**UNITED STATE**
**POSTAL SERVICE**

Date: June 15, 2015

Mcco Mcco:

The following is in response to your June 15, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699939972181101.  The delivery record shows that this item was delivered on June 1, 2015 at 12:41 pm in GREENCASTLE, IN  46135 to S BENTON. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699939972181101
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# SUMMONS

|  |  |
|---|---|
| | In the Marion Superior Court No. _____ |
| DYLAN SINN, _____ | |
| Plaintiff | Cause No. _____ 49D02 15 05 CT 017445 _____ |
| -vs- | |
| BRUCE LEMMON, COMMISSIONER OF THE INDIANA DEPARTMENT OF CORRECTION, et al._____ | |
| Defendants | |

TO DEFENDANT:   John Brush
                        Putnamville Correctional Facility
                        1946 US-40
                        Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____

_____ MAY 2 7 2015 _____ (Seal)
Clerk, Marion Superior Court

**(The following manner or service of summons is hereby designated.)**

XXX    Registered or certified mail.
_____    Service at place of employment, to-wit: _____
_____    Service on individual - (Personal or copy) at above address.
_____    Service on agent. (Specify)
_____    Other Service (Specify)

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

|  |  |
|---|---|
| P.O. Box 441095 _____ | Clerk of Courts |
| Indianapolis, IN 46244-1095 _____ | Marion County |
| Address | 200 E. Washington Street, Ste. W122 |
| | Indianapolis, IN 46204 |
| (317) 634-6313 _____ | |
| Telephone | (317) 327-4740 _____ |
| | Telephone |

Powered By Pitney Bowes



US POSTAGE PAID
Pitney Bowes
ComBasPrice
024P0007776516

05/28/2015
From 46204
0 lbs 3 ozs

**USPS FIRST-CLASS ™ PKG**

Marion County Clerk's Office
200 E Washington Street W-122
INDIANAPOLIS IN 46204

PUTNAMVILLE CORRECTIONAL FACILITY
John Brush
1946 US -40
Greencastle IN 46135

0000

USPS SIGNATURE TRACKING #

9402 1096 9993 8490 2377 89

*Cut on dotted line*


**UNITED STAT**
**POSTAL SERVICE**

Date: June 15, 2015

Mcco Mcco:

The following is in response to your June 15, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699938490237789.  The delivery record shows that this item was delivered on May 30, 2015 at 11:52 am in GREENCASTLE, IN  46135 to R BUSHONG. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

1946 W US HWY 40

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699938490237789
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

                                   Plaintiff

                -vs-                                    Cause No. _____ A9562 15 05 CT 017445 _____

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF _____
CORRECTION, et al. _____

                        Defendants

TO DEFENDANT:   Lt. Wiggins
                Plainfield Correctional Facility
                727 Moon Rd.
                Plainfield, IN 46168

   You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

   The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

   An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

   If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

   If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

                                                      *Myla A. Eldridge*
                                                      CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____                                   MAY 2 7 2015 _____ (Seal)
                              _____
                              Clerk, Marion Superior Court
                **(The following manner or service of summons is hereby designated.)**
     XXX    Registered or certified mail.
     _____  Service at place of employment, to-wit: _____
     _____  Service on individual - (Personal or copy) at above address.
     _____  Service on agent. (Specify)
     _____  Other Service (Specify)

*Michael K. Sutherlin*
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095 _____
Indianapolis, IN 46244-1095 _____
Address
(317) 634-6313 _____
Telephone

                                          Clerk of Courts
                                          Marion County
                                          200 E. Washington Street, Ste. W122
                                          Indianapolis, IN 46204

                                          (317) 327-4740 _____
                                          Telephone



**UNITED STAT?**
**POSTAL SERVICE**

Date: June 16, 2015

Mcco Mcco:

The following is in response to your June 16, 2015 request for delivery information on
your Signature Confirmation™ item number 9402109699937625443828.  The delivery
record shows that this item was delivered on June 1, 2015 at 10:14 am in PLAINFIELD,
IN  46168 to A SMITH. The scanned image of the recipient information is provided
below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

9402109699937625443828
49D021505CT017445
PLAINFIELD CORRECTIONAL FACILITY
PLAINFIELD IN 46168

Powered By Pitney Bowes



Cut on dotted line

# SUMMONS

In the Marion Superior Court No. _____

DYLAN SINN, _____

                          Plaintiff

               -vs-                          Cause No. _____ 15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

                          Defendants

TO DEFENDANT:   C. Penfold
                Plainfield Correctional Facility
                727 Moon Rd.
                Plainfield, IN 46168

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

                                                                    *Myla A. Eldridge*
                                                                    CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____         _____
                                           Clerk, Marion Superior Court           MAY 2 7 2015          (Seal)

          **(The following manner or service of summons is hereby designated.)**
   XXX    Registered or certified mail.
   _____  Service at place of employment, to-wit: _____
   _____  Service on individual - (Personal or copy) at above address.
   _____  Service on agent.  (Specify)
   _____  Other Service (Specify)

*Michael K. Sutherlin*
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**                        Clerk of Courts
                                                  Marion County
P.O. Box 441095 _____                   200 E. Washington Street, Ste. W122
Indianapolis, IN 46244-1095 _____           Indianapolis, IN 46204
Address
(317) 634-6313 _____                   (317) 327-4740 _____
Telephone                                         Telephone

Powered by Pitney Bowes



Cut on dotted line



# UNITED STAT'
## POSTAL SERVICE.

Date: June 16, 2015

Mcco Mcco:

The following is in response to your June 16, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699939972203117.  The delivery record shows that this item was delivered on June 1, 2015 at 10:14 am in PLAINFIELD, IN  46168 to A SMITH. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699939972203117
49D021505CT017445
PLAINFIELD CORRECTIONAL FACILITY
PLAINFIELD IN 46168

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

                        Plaintiff

            -vs-                        Cause No. _____ 49D02 15 05 CT 017445 _____

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

                        Defendants

TO DEFENDANT:   Tim Phegley
                Putnamville Correctional Facility
                1946 US-40
                Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

                                                        *Myla A. Eldridge*
                                                CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____       _____   MAY 2 7 2015 _____ (Seal)
                                          Clerk, Marion Superior Court

            **(The following manner or service of summons is hereby designated.)**
    XXX     Registered or certified mail.
    _____   Service at place of employment, to-wit: _____
    _____   Service on individual - (Personal or copy) at above address.
    _____   Service on agent. (Specify)
    _____   Other Service (Specify)

*Michael K. Sutherlin*
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**                      Clerk of Courts
                                                Marion County
P.O. Box 441095 _____               200 E. Washington Street, Ste. W122
Indianapolis, IN 46244-1095 _____            Indianapolis, IN 46204
Address
(317) 634-6313 _____                (317) 327-4740 _____
Telephone                                      Telephone

Powered By Pitney Bowes



USPS FIRST-CLASS ™ PKG

US POSTAGE PAID
Pitney Bowes
ComBasPrice
024P0007876483

05/28/2015
From 46204
0 lbs 3 ozs

Marion County Clerk's Office
200 E Washington Street W-122
INDIANAPOLIS IN 46204

PUTNAMVILLE CORRECTIONAL FACILITY
Tim Phegley
1946 US -40
Greencastle IN 46135

0000

USPS SIGNATURE TRACKING #

9402 1096 9993 7625 4491 27

Cut on dotted line



**UNITED STATES POSTAL SERVICE**

Date: June 16, 2015

Mcco Mcco:

The following is in response to your June 16, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699937625449127.  The delivery record shows that this item was delivered on May 30, 2015 at 11:52 am in GREENCASTLE, IN  46135 to R BUSHONG. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

1946 W US HWY 40

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699937625449127
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# SUMMONS

In the Marion Superior Court No. _____

DYLAN SINN, _____

                        Plaintiff

            -vs-

Cause No. ___49D02 15 05 CT 0 1 7 4 4 5___

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

                       Defendants

TO DEFENDANT:    J. Helderman II
                    Putnamville Correctional Facility
                    1946 US-40
                    Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated May 27, 2015 _____

                        *Myla A. Eldridge*
                      ~~CLERK OF THE MARION CIRCUIT COURT~~ _____(Seal)
                    Clerk, Marion Superior Court

**(The following manner or service of summons is hereby designated.)**

  XXX    Registered or certified mail.
  _____  Service at place of employment, to-wit: _____
  _____  Service on individual - (Personal or copy) at above address.
  _____  Service on agent. (Specify)
  _____  Other Service (Specify)

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095 _____
Indianapolis, IN 46244-1095 _____
Address
(317) 634-6313 _____
Telephone

                      Clerk of Courts
                      Marion County
                      200 E. Washington Street, Ste. W122
                      Indianapolis, IN 46204

                      (317) 327-4740 _____
                      Telephone

Powered By Pitney Bowes



US POSTAGE PAID
Pitney Bowes
ComBasPrice
024P0007776515

05/28/2015
From 46204
0 lbs 3 ozs

USPS FIRST-CLASS™ PKG

Marion County Clerk's Office
200 E Washington Street W-122
INDIANAPOLIS IN 46204

PUTNAMVILLE CORRECTIONAL FACILITY
J. heiderman ii
1946 US-40
Greencastle IN 46135

0000

USPS SIGNATURE TRACKING #

9402 1096 9993 8490 2460 64

✂ Cut on dotted line


**UNITED STATE**
**POSTAL SERVICE**

Date: June 15, 2015

Mcco Mcco:

The following is in response to your June 15, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699938490246064.  The delivery record shows that this item was delivered on May 30, 2015 at 11:52 am in GREENCASTLE, IN  46135 to R BUSHONG. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :   1946 W US HWY 40

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699938490246064
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# SUMMONS

In the Marion Superior Court No. _____

DYLAN SINN, _____

                    Plaintiff

              -vs-                          Cause No. _____ 15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

                    Defendants

TO DEFENDANT:   Quentin Storm
                Putnamville Correctional Facility
                1946 US-40
                Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

                                                                        CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____        _____        MAY 2 7 2015 _____ (Seal)
                                                   Clerk, Marion Superior Court

              **(The following manner or service of summons is hereby designated.)**
    XXX    Registered or certified mail.
    _____  Service at place of employment, to-wit: _____
    _____  Service on individual - (Personal or copy) at above address.
    _____  Service on agent.  (Specify)
    _____  Other Service (Specify)

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**                          Clerk of Courts
                                                    Marion County
                                                    200 E. Washington Street, Ste. W122
P.O. Box 441095 _____                     Indianapolis, IN 46204
Indianapolis, IN 46244-1095 _____
Address
(317) 634-6313 _____                      (317) 327-4740 _____
Telephone                                           Telephone

Powered By Pitney Bowes



*Cut on dotted line*


**UNITED STATE**
**POSTAL SERVICE**

Date: June 15, 2015

Mcco Mcco:

The following is in response to your June 15, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699938490308939.  The delivery record shows that this item was delivered on May 30, 2015 at 10:05 am in GREENCASTLE, IN  46135 to R BUSHONG. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699938490308939
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# SUMMONS

In the Marion Superior Court No. _____

DYLAN SINN, _____

                              Plaintiff

             -vs-                        Cause No. 15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

                              Defendants

TO DEFENDANT:   Sgt. Rogers
                       Putnamville Correctional Facility
                       1946 US-40
                       Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

                                                 *Myla A. Eldridge*
                                      CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____     _____
                                    Clerk, Marion Superior Court   MAY 2 7 2015   (Seal)

**(The following manner or service of summons is hereby designated.)**

XXX   Registered or certified mail.
_____   Service at place of employment, to-wit: _____
_____   Service on individual - (Personal or copy) at above address.
_____   Service on agent. (Specify)
_____   Other Service (Specify)

*Michael K. Sutherlin*
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**                   Clerk of Courts
                                         Marion County
P.O. Box 441095 _____       200 E. Washington Street, Ste. W122
Indianapolis, IN 46244-1095 _____   Indianapolis, IN 46204
**Address**
(317) 634-6313 _____      (317) 327-4740 _____
**Telephone**                                 **Telephone**



USPS FIRST-CLASS™ PKG

US POSTAGE PAID
Pitney Bowes
ComBasPrice
024P0007876483

05/28/2015
From 46204
0 lbs 3 ozs

Marion County Clerk's Office
200 E Washington Street W-122
INDIANAPOLIS IN 46204

PUTNAMVILLE CORRECTIONAL FACILITY
Sgt.rogers
1946 US-40
Greencastle IN 46135

0000

USPS SIGNATURE TRACKING #

9402 1096 9993 7625 4573 51

*Cut on dotted line*



**UNITED STATES**
**POSTAL SERVICE**₀

Date: June 15, 2015

Mcco Mcco:

The following is in response to your June 15, 2015 request for delivery information on your Signature Confirmation™ item number 9402109699937625457351. The delivery record shows that this item was delivered on May 30, 2015 at 10:05 am in GREENCASTLE, IN 46135 to R BUSHONG. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

*1946 W US HWY 40*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

9402109699937625457351
49D021505CT017445
PUTNAMVILLE CORRECTIONAL FACILITY
GREENCASTLE IN 46135

# SUMMONS

In the Marion Superior Court No. _____

DYLAN SINN, _____

                         Plaintiff

              -vs-                          Cause No. _____ 15 05 CT 017445

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

                              Defendants

TO DEFENDANT: Greg Zoeller
              Indiana Attorney General's Office
              Indiana Government Center South
              302 W. Washington St., 5th Floor
              Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

                                                          _Myla A. Eldridge_
                                                          CLERK OF THE MARION CIRCUIT COURT
Dated May 27, 2015 _____    _____    (Seal)
                                     Clerk, Marion Superior Court
                                                          MAY 27 2015

            **(The following manner or service of summons is hereby designated.)**
   XXX    Registered or certified mail.
   _____  Service at place of employment, to-wit: _____
   _____  Service on individual - (Personal or copy) at above address.
   _____  Service on agent. (Specify)
   _____  Other Service (Specify)

_Michael K. Sutherlin_
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095 _____       Clerk of Courts
Indianapolis, IN 46244-1095 _____  Marion County
Address                              200 E. Washington Street, Ste. W122
                                     Indianapolis, IN 46204
(317) 634-6313 _____
Telephone                            (317) 327-4740 _____
                                     Telephone

Powered By Pitney Bowes



USPS SIGNATURE TRACKING #

9402 1096 9993 8499 2861 39

USPS FIRST-CLASS ™ PKG

06/01/2015
From 46204
0 lbs 3 ozs

US POSTAGE PAID
Pitney Bowes
ComBasPrice
024P0007776515

Marion County Clerk's Office
200 E Washington Street W-122
INDIANAPOLIS IN 46204

INDIANA ATTORNEY GENERAL'S OFFICE
Greg Zoeller
302 W Washington St
Indiana Gvt. Center South Rm 5
Indianapolis IN 46204-4701

C045

0000

✂ — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

*Cut on dotted line*



**UNITED STATES POSTAL SERVICE**

Date: June 18, 2015

Mcco Mcco:

The following is in response to your June 18, 2015 request for delivery information on
your Signature Confirmation™ item number 9402109699938499286139.  The delivery
record shows that this item was delivered on June 2, 2015 at 11:51 am in
INDIANAPOLIS, IN  46204 to D HENRY. The scanned image of the recipient information
is provided below.

Signature of Recipient :

| Signature | X _Tony V. Henry_ |
| Printed Name | _Qena V. Henry_ |

Address of Recipient :

| Delivery Address | _302  W  Wash (A.G.)_ |

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

9402109699938499286139
49D021505CT017445
INDIANA ATTORNEY GENERAL'S OFFICE
INDIANAPOLIS IN 46204

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

                                            Plaintiff

              -vs-           Cause No. _____ 15 05 CT 017445

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF _____
CORRECTION, et al. _____

                                    Defendants

TO DEFENDANT:    Ty Robbins
                      Putnamville Correctional Facility
                      1946 US-40
                      Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

CLERK OF THE MARION CIRCUIT COURT

Dated May 27, 2015 _____

                                        _____ MAY 2 7 2015 _____(Seal)
                            Clerk, Marion Superior Court

**(The following manner or service of summons is hereby designated.)**

 XXX   Registered or certified mail.
_____   Service at place of employment, to-wit: _____
_____   Service on individual -  (Personal or copy) at above address.
_____   Service on agent.  (Specify)
_____   Other Service (Specify)

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095 _____
Indianapolis, IN 46244-1095 _____
Address
(317) 634-6313 _____
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740 _____
Telephone





Cut on dotted line

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ 2015, I mailed a copy of this

Summons and a copy of the complaint to the defendant _____

By certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
CLERK OF THE MARION CIRCUIT COURT
Clerk of the Circuit Court of Marion County

Dated: _____ 2015   By: RL _____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant _____ was

accepted by the defendant on the _____ day of _____ 2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the JUN 1 0 2015 day of _____

2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

was accepted by _____ on behalf of

said defendant on the _____ day of _____ 2015

Clerk of the Marion Circuit Court

By: RL _____

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

Plaintiff

-vs-                          Cause No. _____ 15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

Defendants

TO DEFENDANT:   L. A. VanNatta
                Putnamville Correctional Facility
                1946 US-40
                Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint wh⋯ ⋯hed to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to th⋯ ⋯her by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or ⋯ ⋯mons was received by mail), or a judgment by default may be rendered against you for the relief demanded ⋯

If you have a claim for relief against the plaintif⋯ ⋯ou must assert it in your written answer.

If you need the name of an attorney, you ⋯ ⋯ice (269-2222), or the Marion County Bar Association Lawyer Referr⋯

Dated May 27, 2015 _____                          _015   (Seal)

____ **(The following manner or serv⋯**
XXX  Registered or certified mail.
____  Service at place of employment, to-wit:
____  Service on individual - (Personal or copy) a⋯
____  Service on agent.  (Specify)
____  Other Service (Specify)

*Michael K. Sutherlin*
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095 _____
Indianapolis, IN 46244-1095 _____
Address
(317) 634-6313 _____
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740 _____
Telephone

Powered By Pitney Bowes                                                                                          Page 1 of 7



*Cut on dotted line*

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ 2015, I mailed a copy of this

Summons and a copy of the complaint to the defendant _____

By certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_Mylæ A. Eldridge_
CLERK OF THE MARION CIRCUIT COURT
Clerk of the Circuit Court of Marion County

Dated:_____ 2015   By: RL_____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant_____ was

accepted by the defendant on the _____ day of _____ 2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the **JUN 1 0 2015** day of_____

2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

was accepted by _____ on behalf of

said defendant on the _____ day of _____ 2015

Clerk of the Marion Circuit Court

By: RL_____

# S U M M O N S

In the Marion Superior Court No. _____

DYLAN SINN, _____

                    Plaintiff

          -vs-                          Cause No. _____

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

                    Defendants

TO DEFENDANT:    Mr. Hartzel
                 Putnamville Correctional Facility
                 1946 US-40
                 Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as p'         'rt as indicated above.

The nature of the suit against you is stated in the complaint wh'         06/11/15         ılso states the relief sought or the
demand made against you by the plaintiff.

An answer or other appropriate response in v'         . your attorney within twenty (20)
days, commencing the day after you receive this         ıs was received by mail), or a judgment by
default may be rendered against you for th'

If you have a claim fo:         usaction or occurrence, you must assert it in your written
answer.

If you need the name of ar.         ndianapolis Bar Association Lawyer Referral Service (269-2222), or the
Marion County Bar Association Law         .04-3950)

Dated May 27, 2015 _____         _____
                                            Clerk, Marion Superior Court                    (Seal)

          **(The following manner or service of summons is hereby designated.)**
          XXX     Registered or certified mail.
          _____   Service at place of employment, to-wit: _____
          _____   Service on individual - (Personal or copy) at above address.
          _____   Service on agent. (Specify)
          _____   Other Service (Specify)

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**                    Clerk of Courts
                                              Marion County
P.O. Box 441095 _____               200 E. Washington Street, Ste. W122
Indianapolis, IN 46244-1095 ____              Indianapolis, IN 46204
Address
(317) 634-6313 _____                (317) 327-4740 _____
Telephone                                     Telephone



Cut on dotted line

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ____ 12 ____ day of ___June___ 2015, I mailed a copy of this

Summons and a copy of the complaint to the defendant _____

By certified mail, requesting a return receipt, at the address furnished by the plaintiff.

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT
Clerk of the Circuit Court of Marion County

Dated: ___June 12___ 2015   By: RL _____
                                        Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant_____ was

accepted by the defendant on the _____ day of _____ 2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the **JUN 1 2 2015** day of_____
2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

was accepted by _____ on behalf of

said defendant on the _____ day of _____ 2015

Clerk of the Marion Circuit Court

By: RL _____

# SUMMONS

In the Marion Superior Court No. _____

DYLAN SINN, _____

                        Plaintiff

            -vs-                  Cause No. _____ 49D02 15 05 CT 0 1 7 4 4 5

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

                     Defendants

TO DEFENDANT:   Officer Hodgkins
                    Putnamville Correctional Facility
                    1946 US-40
                    Greencastle, IN 46135

      You are hereby notified that you have been sued _____ ed as plaintiff and in the Court as indicated above.

      The nature of the suit against you is st_____ ached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff _____

      An answer or other app_____ filed either by you or your attorney within twenty (20) days, commencing the day _____ f this Summons was received by mail), or a judgment by default may be rendered ag _____

      If you have a claim f_____ or occurrence, you must assert it in your written answer.

      If you need the name of a_____ Law_____ Relation Service (269-2222), or the Marion County Bar Association Law_____ THE MARION CIRCUIT COURT

Dated May 27, 2015 _____                _____
                                        MAY 2 7 2015 _____ (Seal)

*Return to sender — no longer employed* (handwritten across document)

|       | (The following manner _____ _____signated.) |
|-------|--------------------------------------------------|
| XXX   | Registered or certified mai_____ |
| _____ | Service at place of employm_____ |
| _____ | Service on individual - (Pers_____ |
| _____ | Service on agent. (Specify) |
| _____ | Other Service (Specify) |

_____above address.

*not Served* (handwritten, circled)

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

                                 Clerk of Courts

P.O. Box 441095 _____           Marion County
Indianapolis, IN 46244-1095 _____     200 E. Washington Street, Ste. W122
Address                              Indianapolis, IN 46204
(317) 634-6313 _____        (317) 327-4740 _____
Telephone                           Telephone

Powered by Pitney Bowes



Cut on dotted line

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ 2015, I mailed a copy of this

Summons and a copy of the complaint to the defendant _____

By certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_Myla A. Eldridge_
CLERK OF THE MARION CIRCUIT COURT
Clerk of the Circuit Court of Marion County

Dated: _____ 2015   By: RL _____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant_____ was

accepted by the defendant on the _____ day of _____ 2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the JUN 1 0 2015 day of _____
2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

was accepted by _____ on behalf of

said defendant on the _____ day of _____ 2015

Clerk of the Marion Circuit Court

By: RL _____

# SUMMONS

In the Marion Superior Court No. _____

DYLAN SINN, _____

Plaintiff

-vs-

Cause No. _____ 4900z 15 05 CT 017445 _____

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al. _____

Defendants

TO DEFENDANT:   D. Wilson
                Putnamville Correctional Facility
                1946 US-40
                Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the _____ which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate re_____ t must be filed either by you or your attorney within twenty (20) days, commencing the day after you re_____ 3) days if this Summons was received by mail), or a judgment by default may be rendered against yo_____

If you have a clair_____ nsaction or occurrence, you must assert it in your written answer.

If you need the _____ tion Lawyer Referral Service (269-2222), or the Marion County Bar Assoc_____ k OF THE MARION CIRCUIT COURT

_Tyla A. Eldridge_

Dated May 27, 2015 _____                    MAY 2 7 2015 _____ (Seal)

          (The following _____
XXX    Registered or certi_____
____   Service at place of e_____
____   Service on individual -_____
____   Service on agent. (Spec_____
____   Other Service (Specify)

_Michael K. Sutherlin_
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095 _____
Indianapolis, IN 46244-1095 _____
Address
(317) 634-6313 _____
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740 _____
Telephone



USPS FIRST-CLASS ™ PKG

US POSTAGE PAID
Pitney Bowes
ComBasPrice
024P0007631494

05/28/2015
From 46204
0 lbs 3 ozs

Marion County Clerk's Office
200 E Washington Street W-122
INDIANAPOLIS IN 46204

PUTNAMVILLE CORRECTIONAL FACILITY
D wilson
1946 US -40
Greencastle IN 46135

0000

USPS SIGNATURE TRACKING #

9402 1096 9993 9972 2419 97

*Cut on dotted line*

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ 2015, I mailed a copy of this

Summons and a copy of the complaint to the defendant _____

By certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_Myla A. Eldridge_
CLERK OF THE MARION CIRCUIT COURT
_____
Clerk of the Circuit Court of Marion County

Dated: _____ 2015   By: RL _____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons

and a copy of the complaint mailed to defendant _____ was

accepted by the defendant on the _____ day of _____ 2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint was returned not accepted on the JUN 1 0 2015 day of _____

2015

I hereby certify that the attached return receipt was received by me showing that the Summons

and a copy of the complaint mailed to the defendant _____

was accepted by _____ on behalf of

said defendant on the _____ day of _____ 2015

Clerk of the Marion Circuit Court

By: RL _____

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.  49D02-1505-CT-017445 |

| | | |
|---|---|---|
| DYLAN SINN, | ) | **FILED** |
| | ) | |
| Plaintiff, | ) | ㉔ JUN 2 5 2015 |
| vs. | ) | |
| | ) | *Myla A. Eldredge* |
| BRUCE LEMMON, ET AL., | ) | CLERK OF THE MARION CIRCUIT COURT |
| | ) | |
| Defendants. | ) | |

## APPEARANCE BY ATTORNEYS

1.  The party on whose behalf this form is being filed is:
    Initiating _____     Responding __X__     Intervening _____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Bruce Lemmon, Stanley Knight, Quentin Storm, Tim Phegley, C. Penfold, Chris Williams, J. Helderman II, John Brush, Sgt. Rogers,  Officer Judd, Sgt. R. Myers, Officer Murry, and Lt. Wiggins

    Name, address, and telephone number of party *(see Question #6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*:

    Name: Bruce Lemmon, Commissioner of the Indiana Department of Correction
    Address: 302 West Washington St., Room E334
    Indianapolis, IN 46204
    (317) 232-5711

2.  Attorney information for service as required by Trial Rule 5(B)(2):

    Name: Melinda J. Schwer                                    Attorney No.: 19351-53
    Address: OFFICE OF THE INDIANA ATTORNEY GENERAL
    Indiana Government Center South, 5th Floor
    302 West Washington Street
    Indianapolis, IN 46204-2770
    Telephone: (317) 234-4665
    Fax: (317) 232-7979
    E-Mail: Melinda.schwer@atg.in.gov

3.  This is a CT Case Type under Administrative Rule 8(B)(3). (already assigned).

1

4.  I will accept service by fax at the above noted number:  Yes _____   No ___X___

5.  This case involves support issues:  Yes _____   No ___X___   *(If Yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  Yes _____   No ___X___   *(If Yes, the initiating party must provide an address for the purpose of legal service, but that address should not be the one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

    _____  Attorney address.
    _____  Attorney General Confidentiality Program address.  *(Obtain by calling (800) 321-1907, or by e-mailing confidential@atg.state.in.us.)*
    _____  Other address provided.

        Name:
        Address:

7.  This case involves a petition for involuntary commitment:  Yes _____   No ___X___

8.  If answered Yes above, provide the following regarding the individual subject to petition for involuntary commitment:

    a.  Name of individual subject to petition for involuntary commitment, if it is not already provided in #1 above:

    b.  State of residence of person subject to petition:

    c.  At least one of the following pieces of identifying information:

        (i)    Date of Birth:
        (ii)   Driver's License No.:
               State in which License Issued:                Expiration Date:
        (iii)  State ID No.:
               State in which ID Issued:                     Expiration Date:
        (iv)   FBI No.:
        (v)    Indiana Department of Corrections No.:
        (vi)   Social Security Number is available and is being
               provided in an attached confidential document.   Yes _____   No _____

9.  There are related cases:  Yes _____   No ___X___   *(If Yes, list on continuation page.)*

10. Additional information required by Local Rule: _____N/A_____

11. There are other party members:  Yes _____   No __X__   *(If Yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes __X___   No _____

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98

By: _____
Melinda J. Schwer
Deputy Attorney General
Attorney No. 19351-53
OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South-5th Floor
302 West Washington Street
Indianapolis, IN 46204
Telephone:      (317) 234-4665
Fax:             (317) 232-7979
Email: melinda.schwer@atg.in.gov

By: _____
Caryn M. Nieman
Deputy Attorney General
Attorney No. 30063-49
OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South-5th Floor
302 West Washington Street
Indianapolis, IN 46204
Telephone:      (317) 232-6297
Fax:             (317) 232-7979
Email: caryn.nieman@atg.in.gov

*Attorney for Bruce Lemmon, et al.*

3

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been duly served upon the following

persons listed below, by United States mail, first-class postage prepaid, on this 25th day of June,

2015:

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095

Melinda J. Schwer
Deputy Attorney General


OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 234-4665
Fax:     (317) 232-7979
Email: Melinda.schwer@atg.in.gov

**APPEARANCE FORM –CONTINUATION PAGE (Civil Case)**

**Case Number:**    49D02-1505-CT-017445___

**First Name in Case Caption:**   Dylan Sinn

**Continuation of Item #1:**

    Name:     C. Penfold and Lt. Wiggins
    Address:   Plainfield Correctional Facility
                  727 Moon Road
                  Plainfield, IN 46168

    Name:     Stanley Knight, Quentin Storm, Tim Phegley, Chris Williams, J. Helderman II,
                  John Brush, Sgt. Rogers, Officer Judd, Sgt. R. Myers and Officer Murry
    Address:   Putnamville Correctional Facility
                  1946 West U.S. Highway 40
                  Greencastle, IN 46135

**Continuation of Item #2** *(For Attorney use only; list additional parties this attorney represents in this case):*   X

    Name:     Caryn M. Nieman               Attorney No. 30063-49
    Address:   OFFICE OF THE INDIANA ATTORNEY GENERAL
                  Indiana Government Center South, 5th Floor
                  302 West Washington Street
                  Indianapolis, IN  46204-2770
    Phone:    (317) 232-6297
    Fax:      (317) 232-7979
    E-Mail:   Caryn.nieman@atg.in.gov

5

STATE OF INDIANA ) IN THE MARION SUPERIOR COURT
)SS:
COUNTY OF MARION ) CAUSE NO.  49D02-1505-CT-017445

DYLAN SINN, )
)
Plaintiff, )
)
vs. )
)
BRUCE LEMMON, ET AL., )
)
Defendants. )

**FILED**

(202)   JUN 2 5 2015

*~~Myla a. Emson~~*
CLERK OF THE MARION CIRCUIT COURT

## MOTION FOR ENLARGEMENT OF TIME

Comes now, Defendants, Bruce Lemmon, C. Penfold, Lt. Wiggins, Stanley Knight, Quentin Storm, Tim Phegley, Chris Williams, J. Helderman II, John Brush, Sgt. Rogers, Officer Judd, Sgt. R. Myers, and Officer Murry, by counsel, Gregory F. Zoeller, Indiana Attorney General, by Melinda J. Schwer, Deputy Attorney General, and respectfully moves the Court to enlarge the time for the Defendants to respond to Plaintiff, Dylan Sinn's Complaint for Damages and Declaratory Judgment ("Complaint") to and including July 25, 2015. In support, Defendants state as follows:

1.    Dylan Sinn ("Plaintiff") filed his Complaint for Damages and Declaratory Judgment on May 27, 2015.

2.    The Office of the Attorney General ("OAG") received a referral to represent two of the named Defendants on June 8, 2015, and a referral for the remaining Defendants for whom the OAG is appearing on June 22, 2015. Upon receipt of both referrals, the OAG checked the Court's Chronological Case Summary and with IDOC to determine which Defendants had been served and when, so that the OAG could preferably file one Appearance and one Motion for Enlargement of Time on behalf of all Defendants served to date due to the large number of

Defendants named in this matter.  As of today's date, the undersigned has confirmed that the Complaint was served on some of the Defendants on May 30, 2015 and others on June 1, 2015.

3.      The Defendants' responses were due June 22, 2015 and June 24, 2015.

4.      Undersigned counsel has not had sufficient time to consult with her clients and to gather the information needed to respond to the Complaint.

5.      The undersigned counsel has contacted Plaintiff's counsel who does not object to this enlargement of time.

6.      This is the first enlargement of time to respond to the Complaint requested by Defendants and is made of necessity and not for delay.

7.      The Defendants requests the Court extend to and including July 25, 2015, the Defendants' time to respond to the Complaint.

WHEREFORE, Defendants respectfully request the Court enlarge the time in which to file a response to the Complaint for Damages and Declaratory Judgment to and including July 25, 2015, and to grant Defendants all other just and proper relief.


Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Attorney No. 1958-98



Melinda J. Schwer
Deputy Attorney General
Attorney No. 19351-53

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been duly served upon the following

persons listed below, by United States mail, first-class postage prepaid, on this 25th day of June,

2015:

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095

Melinda J. Schwer
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 234-4665
Fax:    (317) 232-7979
Email: Melinda.schwer@atg.in.gov

- 3 -

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D02-1505-CT-017445 |

DYLAN SINN,

             Plaintiff,

  vs.

BRUCE LEMMON, ET AL.,

             Defendants.

# FILED

(     JUN 25 2015

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## ORDER GRANTING MOTION FOR
## ENLARGEMENT OF TIME

Defendants, Bruce Lemmon, C. Penfold, Lt. Wiggins, Stanley Knight, Quentin Storm, Tim Phegley, Chris Williams, J. Helderman II, John Brush, Sgt. Rogers, Officer Judd, Sgt. R. Myers, and Officer Murry, by counsel, filed a Motion for Enlargement of Time, requesting to and including July 25, 2015, to respond to Plaintiff's Complaint for Damages and Declaratory Judgment.

The Court, having considered the request and being duly advised in the premises, now finds that the motion should be **GRANTED**.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that these Defendants are **GRANTED** an enlargement of time, to and including July 25, 2015, in which to respond to the Plaintiff's Complaint for Damages and Declaratory Judgment. *Tim Oakes*

JUN 25 2015

Date:_____

_____
Judge, Marion Superior Court, Civil Div. 2

Distribution list on the following page.

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095


Melinda J. Schwer, Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN 46204

STATE OF INDIANA )  IN THE MARION SUPERIOR COURT
                 )SS:
COUNTY OF MARION )  CAUSE NO. 49D02-1505-CT-017445

DYLAN SINN,                )
                           )
                Plaintiff, )
                           )
    vs.                    )     **FILED**
                           )   ㉗ JUL 24 2015
BRUCE LEMMON, ET AL.,      )
                           )   *Myla A. Eldridge*
               Defendants. )   CLERK OF THE MARION CIRCUIT COURT

### MOTION FOR SECOND ENLARGEMENT OF TIME

Comes now, Defendants, Bruce Lemmon, C. Penfold, Lt. Wiggins, Stanley Knight, Quentin Storm, Tim Phegley, Chris Williams, J. Helderman II, John Brush, Sgt. Rogers, Officer Judd, Sgt. R. Myers, and Officer Murry, by counsel, and respectfully moves the Court to enlarge the time for the Defendants to respond to Plaintiff, Dylan Sinn's Complaint for Damages and Declaratory Judgment ("Complaint") to and including August 24, 2015. In support, Defendants state as follows:

1.    Dylan Sinn ("Plaintiff") filed his Complaint for Damages and Declaratory Judgment on May 27, 2015.

2.    The Complaint was served on some of these Defendants on May 30, 2015 and others on June 1, 2015, and counsel has previously filed a motion for enlargement of time for these Defendants to respond to Plaintiff's Complaint, which was granted by this Court. The Defendants' responses are currently due July 25, 2015, which time has not passed.

3.    There are five additional named Defendants who have not yet been served in this matter. Undersigned counsel recently provided Plaintiff's counsel with locations of four of the

five unserved Defendants, so that Plaintiff can serve those Defendants. The parties are trying to determine the identity and location of the fifth person, D. Wilson, so that he can be served.

4.  At this time, the undersigned counsel anticipates appearing for the remaining Defendants once they are properly served in this matter.

5.  For efficiency, the undersigned counsel would like to file one response on behalf of as many of the defendants as possible, instead of multiple responses for them.

6.  Therefore, the undersigned counsel is requesting another 30 days to respond on behalf of the Defendants already served to allow time for service on the remaining Defendants.

7.  The undersigned counsel contacted Plaintiff's counsel via email on July 23, 2015, but has not yet had a response as to his position on this request for an enlargement of time.

8.  This second enlargement of time to respond to the Complaint requested by Defendants is made for purposes of judicial economy and not for delay.

9.  The Defendants requests the Court extend to and including August 24, 2015, the Defendants' time to respond to the Complaint.

WHEREFORE, Defendants respectfully request the Court enlarge the time in which to file a response to the Complaint for Damages and Declaratory Judgment to and including August 24, 2015, and to grant Defendants all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Attorney No. 1958-98

Melinda J. Schwer
Deputy Attorney General
Attorney No. 19351-53

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been duly served upon the following

persons listed below, by United States mail, first-class postage prepaid, on this 24th day of July,

2015:

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095

Melinda J. Schwer
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 234-4665
Fax:    (317) 232-7979
Email: Melinda.schwer@atg.in.gov

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D02-1505-CT-017445 |

DYLAN SINN,                    )
                              )
                Plaintiff,    )         **FILED**
        vs.                    )
                              )         JUL 29 2015
BRUCE LEMMON, ET AL.,          )
                              )         *Myla A. Eldridge*
                Defendants.    )         CLERK OF THE MARION CIRCUIT COURT

## ORDER GRANTING MOTION FOR SECOND
## ENLARGEMENT OF TIME

Defendants, Bruce Lemmon, C. Penfold, Lt. Wiggins, Stanley Knight, Quentin Storm, Tim Phegley, Chris Williams, J. Helderman II, John Brush, Sgt. Rogers, Officer Judd, Sgt. R. Myers, and Officer Murry, by counsel, filed a Second Motion for Enlargement of Time, requesting to and including August 24, 2015, to respond to Plaintiff's Complaint for Damages and Declaratory Judgment.

The Court, having considered the request and being duly advised in the premises, now finds that the motion should be **GRANTED.**

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that these Defendants are **GRANTED** an enlargement of time, to and including August 24, 2015, in which to respond to the Plaintiff's Complaint for Damages and Declaratory Judgment.

Date: ___JUL 29 2015___          _____
                                 Judge, Marion Superior Court, Civil Div. 2

Distribution list on the following page.

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095


Melinda J. Schwer, Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN 46204

STATE OF INDIANA     )          IN THE MARION SUPERIOR COURT
                      ) SS:
COUNTY OF MARION   )          Cause No. 49D02-1505-CT-017445

DYLAN SINN,                )
                       )
     Plaintiff,         )
                       )
     v.                 )
                       )
BRUCE LEMMON          )
COMMISSIONER OF THE INDIANA   )
DEPARTMENT OF CORRECTION, *et al.*, )
                       )
         Defendants    )

## NOTICE OF PROOF OF SERVICE OF PROCESS

Plaintiff, by counsel, notifies the Court that service of process by certified mail of the

Plaintiff's Complaint for Damages was received from the following Defendants:

1.  Keith Hartzell, served 8/3/15 (See Exhibit A);

2.  Ty Robbins, served 8/3/15 (See Exhibit B);

3.  Paul Hoskins, served 8/3/15 (See Exhibit C); and

4.  Linda Vannatta, served 8/3/15 (See Exhibit D).

Respectfully submitted,

*Samuel M. Adams*

Samuel M. Adams
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via first class

U.S. Mail, postage pre-paid, certified and return receipt requested, this 13th day of August, 2015.

Melinda Schwer
Caryn Nieman
Office of the Indiana Attorney General
302 W. Washington St.
IGCS – 5th Floor
Indianapolis, IN 46204

Samuel M. Adams

MICHAEL K. SUTHERLIN & ASSOCIATES
P.O. Box 441095
Indianapolis, IN 46244-1095
Phone: (317) 634-6313
Fax:    (317) 631-8818
Email: msutherlin@gmail.com

2

# ALIAS SUMMONS

In the Marion Superior Court No. 2

DYLAN SINN,

Plaintiff

-vs-

Cause No. 49D02-1505-CT-017445

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al.

Defendants

TO DEFENDANT:   Keith Hartzell (Sued as Mr. Hartzel, Assistant Superintendent, Putnamville Correctional Facilit
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

_Miller A. Clariage_
CLERK OF THE MARION CIRCUIT COURT

Dated August 3, 2015                                                                                  (Seal)

Clerk, Marion Superior Court        AUG 03 2015

(The following manner or service of summons is hereby designated.)

XXX   Registered or certified mail.
_____   Service at place of employment, to-wit: _____
_____   Service on individual - (Personal or copy) at above address.
_____   Service on agent. (Specify)
_____   Other Service (Specify)

_Michael K. Sutherlin /8ng_
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095
Indianapolis, IN 46244-1095
Address
(317) 634-6313
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740
Telephone

**A**



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith Hartzell
Plainfield Correctional Facility
727 Moon Road
Indianapolis, IN 46168

9590 9403 0455 5169 1479 72

2. Article Number *(Transfer from service label)*

7014 1200 0001 8923 0950

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery
8-7-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS

Domestic Return Receipt

# ALIAS SUMMONS

In the Marion Superior Court No. 2

<u>DYLAN SINN,</u>

Plaintiff

-vs-                                    Cause No. 49D02-1505-CT-017445

<u>BRUCE LEMMON, COMMISSIONER OF</u>
<u>THE INDIANA DEPARTMENT OF</u>
<u>CORRECTION, et al.</u>

Defendants

TO DEFENDANT:     Ty Robbins
                  Plainfield Correctional Facility
                  727 Moon Road
                  Plainfield, IN 46168

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

CLERK OF THE MARION CIRCUIT COURT

Dated <u>August 3, 2015</u>

_____        AUG 03 2015  (Seal)
Clerk, Marion Superior Court

**(The following manner or service of summons is hereby designated.)**

XXX     Registered or certified mail.
_____   Service at place of employment, to-wit: _____
_____   Service on individual - (Personal or copy) at above address.
_____   Service on agent. (Specify)
_____   Other Service (Specify)

*Michael K. Sutherlin/ma*

Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095                          Clerk of Courts
Indianapolis, IN 46244-1095             Marion County
Address                                  200 E. Washington Street, Ste. W122
(317) 634-6313                           Indianapolis, IN 46204
Telephone

                                         (317) 327-4740
                                         Telephone

B



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

PLAINFIELD, IN 46168

| Certified Mail Fee | |
|---|---|
| $ | $3.45 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

.0013
13

Postmark
Here

| Postage | |
|---|---|
| $ | $1.42 |
| Total Postage and Fees | |
| $ | $7.67 |

08/03/2015

Sent To  *Ty Robbins*
Street and Apt. No., or PO Box No.  *727 Moon Road*
City, State, ZIP+4  *Plainfield, IN 46168*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 0640 0002 0508 8875

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Ty Robbins
Plainfield Correctional Facility
727 Moon Road
Indianapolis, IN 46168

9590 9403 0455 5169 1479 65

2. Article Number (Transfer from service label)

7015 0640 0002 0508 8875

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form

Domestic Return Receipt

# ALIAS SUMMONS

DYLAN SINN,

In the Marion Superior Court No. 2

Plaintiff

-vs-

Cause No. 49D02-1505-CT-017445

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al.

Defendants

TO DEFENDANT:   Paul Hoskins (Sued as Officer Hodgkins)
705 Terrace Lane
Greencastle, IN 46135

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated August 3, 2015

_____        _____ (Seal)
                                  Clerk, Marion Superior Court
                                  CLERK OF THE MARION CIRCUIT COURT

(The following manner or service of summons is hereby designated.)

XXX   Registered or certified mail.                                        AUG 03 2015
_____   Service at place of employment, to-wit: _____
_____   Service on individual - (Personal or copy) at above address.
_____   Service on agent. (Specify)
_____   Other Service (Specify)

_Michael K. Sutherlin/pmg_
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095
Indianapolis, IN 46244-1095
Address

(317) 634-6313
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740
Telephone

C



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

GREENCASTLE, IN 46135

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ $2.80
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

| | |
|---|---|
| Postage | $1.42 |
| $ | |
| Total Postage and Fees | $7.67 |
| $ | |

0013
13

Postmark
Here

08/03/2015

Sent To  Paul Hoskins
Street and Apt. No., or PO Box No.  705 Terrace Lane
City, State, ZIP+4®  Greencastle, IN 46135

7015 0640 0002 0508 8868

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Hoskins
705 Terrace Lane
Greencastle, IN 46135

9590 9403 0455 5169 1275 09

2. Article Number (Transfer from service label)

7015 0640 0003 8508 8060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Jessie Hoskins
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Jessie Hoskins
C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

GREENCASTLE IN 46135
AUG 10 2015

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Fo

Domestic Return Receipt

# ALIAS SUMMONS

In the Marion Superior Court No. 2

DYLAN SINN,

Plaintiff

-vs-

Cause No. 49D02-1505-CT-017445

BRUCE LEMMON, COMMISSIONER OF
THE INDIANA DEPARTMENT OF
CORRECTION, et al.

Defendants

TO DEFENDANT:   Linda Vannatta
Indiana Department of Correction
302 W. Washington Street, Room E-334
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court as indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated August 3, 2015

                                                          _____
                                                          Clerk, Marion Superior Court

                                                          Myla A. Eldred
                                                          CLERK OF THE MARION CIRCUIT COURT

(The following manner or service of summons is hereby designated.)

XXX   Registered or certified mail.                                      AUG 03 2015
_____   Service at place of employment, to-wit: _____
_____   Service on individual - (Personal or copy) at above address.
_____   Service on agent.  (Specify)
_____   Other Service (Specify)

Michael K. Sutherlin /sm
Michael K. Sutherlin, Atty. No 508-49
**Attorney for Plaintiff**

P.O. Box 441095
Indianapolis, IN 46244-1095
Address
(317) 634-6313
Telephone

Clerk of Courts
Marion County
200 E. Washington Street, Ste. W122
Indianapolis, IN 46204

(317) 327-4740
Telephone

D



## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

INDIANAPOLIS IN 46204

| | | | 0013 |
|---|---|---|---|
| Postage | $ | $3.49 $2.80 | 13 |
| Certified Fee | | $0.00 | |
| | | $0.00 | Postmark |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Here |
| | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $1.42 | |
| Total Postage & Fees | $ | $7.67 | 08/03/2015 |

Sent To   Linda Vannetta

Street, Apt. No.; or PO Box No.   302 W. Washington St, Rm

City, State, ZIP+4   Indy, IN 46204   E-334

7014 1200 0001 8923 0436

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda Vannatta
Indiana Department of Correction
302 W. Washington, Room E-334
Indianapolis, iN 46204

9590 9403 0455 5169 1479 89

2. Article Number (Transfer from service label)

P   7014 1200 0001 8923 0936

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jennifer L Arnold_     ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Jennifer L Arnold

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG 10 2015

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

LAW     OFFICE     OF

# MICHAEL K. SUTHERLIN
# & ASSOCIATES, P.C.

**ATTORNEYS**

MICHAEL K. SUTHERLIN
Certified Mediator

SAMUEL M. ADAMS

**PRACTICE AREAS**

* CIVIL RIGHTS AND
  CONSTITUTIONAL LITIGATION

* EMPLOYMENT AND
  SEVERANCE AGREEMENTS

* AGE, RACE, SEX,
  RELIGION & DISABILITY
  DISCRIMINATION

* WRONGFUL DISCHARGE

* FEDERAL & STATE TRIAL
  AND APPELLATE LITIGATION

August 13, 2015

Courtroom Clerk
Marion Superior Court, Civil 2
City County Building, W-443
200 East Washington Street
Indianapolis, IN 46204

     Re:    *Dylan Sinn v. Bruce Lemmon, et al.*
            Cause No. 49D02-1505-CT-017445

Dear Clerk:

    Enclosed, please find *Notice of Proof of Service of Process*. Please file
this document, and return a file-stamped copy in the enclosed envelope. If
you have any questions, please contact our office.

           Sincerely,

           Samuel M. Adams

CC:    Melinda Schwer
        Caryn Nieman

P.O. BOX 441095
INDIANAPOLIS, IN 46244-1095

1027 N. ALABAMA
INDIANAPOLIS, IN 46202

PHONE: (317) 634-6313
FACSIMILE: (317) 631-8818
E-Mail: msutherlin@gmail.com

An Association Not a Partnership

STATE OF INDIANA          )      IN THE MARION SUPERIOR COURT

                                )SS:

COUNTY OF MARION        )      CAUSE NO.  49D02-1505-CT-017445

 

DYLAN SINN,                 )

                                )

           **Plaintiff,**         )

                                )

    **vs.**                            )

                                )

BRUCE LEMMON, ET AL.,     )

                                )

           **Defendants.**       )

**FILED**

(21)  AUG 2 4 2015

*Myla a. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## MOTION FOR THIRD ENLARGEMENT OF TIME

Comes now, Defendants, Bruce Lemmon, C. Penfold, Lt. Wiggins, Stanley Knight, Quentin Storm, Tim Phegley, Chris Williams, J. Helderman II, John Brush, Sgt. Rogers, Officer Judd, Sgt. R. Myers, and Officer Murry, by counsel, and respectfully move the Court to enlarge the time for the Defendants to respond to Plaintiff, Dylan Sinn's Complaint for Damages and Declaratory Judgment ("Complaint") to and including September 3, 2015.   In support, Defendants state as follows:

1.     Dylan Sinn ("Plaintiff") filed his Complaint for Damages and Declaratory Judgment on May 27, 2015.

2.     The Complaint was served on some of these Defendants on May 30, 2015 and others on June 1, 2015, and counsel has previously filed a motion for enlargement of time for these Defendants to respond to Plaintiff's Complaint, which was granted by this Court.  The Defendants' responses are currently due August 24, 2015, which time has not passed.

3.     Four of the five additional named Defendants have been recently served in this matter, and undersigned counsel will be appearing for them.  Their responses are currently due August 31, 2015, September 2, 2015 and September 3, 2015.

4.     For efficiency, the undersigned counsel would like to file one response on behalf of as many of the defendants as possible, instead of multiple responses for them.

5.     Therefore, the undersigned counsel is requesting another ten days to respond on behalf of these Defendants to allow time for a response to be prepared on behalf of all Defendants served to date.

6.     The undersigned counsel contacted Plaintiff's counsel who does not object to this request for an enlargement of time.

7.     This third enlargement of time to respond to the Complaint requested by Defendants is made for purposes of judicial economy and not for delay.

8.     The Defendants requests the Court extend to and including September 3, 2015, the Defendants' time to respond to the Complaint.

WHEREFORE, Defendants respectfully request the Court enlarge the time in which to file a response to the Complaint for Damages and Declaratory Judgment to and including September 3, 2015, and to grant Defendants all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Attorney No. 1958-98

Melinda J. Schwer
Deputy Attorney General
Attorney No. 19351-53

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been duly served upon the following

persons listed below, by United States mail, first-class postage prepaid, on this 24th day of

August, 2015:

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095

Melinda J. Schwer
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 234-4665
Fax:     (317) 232-7979
Email: Melinda.schwer@atg.in.gov

- 3 -

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D02-1505-CT-017445 |

| | |
|---|---|
| DYLAN SINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BRUCE LEMMON, ET AL., | ) |
| | ) |
| Defendants. | ) |

# FILED

AUG 26 2015

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## ORDER GRANTING MOTION FOR THIRD
## ENLARGEMENT OF TIME

Defendants, Bruce Lemmon, C. Penfold, Lt. Wiggins, Stanley Knight, Quentin Storm, Tim

Phegley, Chris Williams, J. Helderman II, John Brush, Sgt. Rogers, Officer Judd, Sgt. R. Myers, Officer

Murry, by counsel, filed a Third Motion for Enlargement of Time, requesting to and including

September 3, 2015, to respond to Plaintiff's Complaint for Damages and Declaratory Judgment.

The Court, having considered the request and being duly advised in the premises, now

finds that the motion should be **GRANTED**.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that these Defendants

are **GRANTED** an enlargement of time, to and including September 3, 2015, in which to

respond to the Plaintiff's Complaint for Damages and Declaratory Judgment.

Date:___**AUG 26 2015**___        _____
                                   Judge, Marion Superior Court, Civil Div. 2

Distribution list on the following page.

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095

Melinda J. Schwer, Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN 46204

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.  49D02-1505-CT-017445 |

| | |
|---|---|
| DYLAN SINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BRUCE LEMMON, ET AL., | ) |
| | ) |
| Defendants. | ) |

**FILED**

(27)  AUG 3 1 2015

*Myla a. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE BY ATTORNEYS

1. The party on whose behalf this form is being filed is:
   Initiating _____      Responding __X__      Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Keith Hartzell, Ty Robbins, Linda Vannatta and Paul Hoskins

   Name, address, and telephone number of party *(see Question #6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*:

   Name:  Keith Hartzell
            Plainfield Correctional Facility
   Address: 727 Moon Road
            Plainfield, IN 46168

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Name: Melinda J. Schwer          Attorney No.: 19351-53
   Address: OFFICE OF THE INDIANA ATTORNEY GENERAL
            Indiana Government Center South, 5th Floor
            302 West Washington Street
            Indianapolis, IN  46204-2770
   Telephone: (317) 234-4665
         Fax: (317) 232-7979
      E-Mail: Melinda.schwer@atg.in.gov

3. This is a <u>CT</u> Case Type under Administrative Rule 8(B)(3). (already assigned).

4. I will accept service by fax at the above noted number: Yes _____   No __X__

5. This case involves support issues: Yes _____ No __X__ *(If Yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: Yes _____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service, but that address should not be the one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

_____ Attorney address.
_____ Attorney General Confidentiality Program address. *(Obtain by calling (800) 321-1907, or by e-mailing confidential@atg.state.in.us.)*
_____ Other address provided.

    Name:
    Address:

7. This case involves a petition for involuntary commitment: Yes _____ No __X__

8. If answered Yes above, provide the following regarding the individual subject to petition for involuntary commitment:

   a. Name of individual subject to petition for involuntary commitment, if it is not already provided in #1 above:

   b. State of residence of person subject to petition:

   c. At least one of the following pieces of identifying information:

      (i) Date of Birth:
      (ii) Driver's License No.:
          State in which License Issued:            Expiration Date:
      (iii) State ID No.:
          State in which ID Issued:                Expiration Date:
      (iv) FBI No.:
      (v) Indiana Department of Corrections No.:
      (vi) Social Security Number is available and is being provided in an attached confidential document.      Yes _____ No _____

9. There are related cases: Yes _____ No __X__ *(If Yes, list on continuation page.)*

10. Additional information required by Local Rule: _____N/A_____

11. There are other party members: Yes _____ No __X__ *(If Yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:

Yes ___X___   No _____

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98

By: _____
Melinda J. Schwer
Deputy Attorney General
Attorney No. 19351-53
OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South-5th Floor
302 West Washington Street
Indianapolis, IN 46204
Telephone:     (317) 234-4665
Fax:               (317) 232-7979
Email: melinda.schwer@atg.in.gov

By: _____
Caryn M. Nieman
Deputy Attorney General
Attorney No. 30063-49
OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South-5th Floor
302 West Washington Street
Indianapolis, IN 46204
Telephone:     (317) 232-6297
Fax:               (317) 232-7979
Email: caryn.nieman@atg.in.gov

*Attorney for Bruce Lemmon, et al.*

3

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been duly served upon the following

persons listed below, by United States mail, first-class postage prepaid, on this 31st day of

August, 2015:

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095

Melinda J. Schwer
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN  46204
Phone: (317) 234-4665
Fax:    (317) 232-7979
Email:  Melinda.schwer@atg.in.gov

**APPEARANCE FORM —CONTINUATION PAGE (Civil Case)**

**Case Number:**   49D02-1505-CT-017445

**First Name in Case Caption:**  Dylan Sinn

**Continuation of Item #1:**

    Name:     Ty Robbins
    Address:  Plainfield Correctional Facility
              727 Moon Road
              Plainfield, IN 46168

    Name:     Linda Vannatta
    Address:  Indiana Department of Correction
              302 West Washington Street, Room E334
              Indianapolis, IN 46204

    Name:     Paul Hoskins
              705 Terrace Lane
              Greencastle, IN 46135

**Continuation of Item #2** *(For Attorney use only; list additional parties this attorney represents in this case):*   X

    Name:    Caryn M. Nieman            Attorney No. 30063-49
    Address:  OFFICE OF THE INDIANA ATTORNEY GENERAL
              Indiana Government Center South, 5th Floor
              302 West Washington Street
              Indianapolis, IN  46204-2770
    Phone:   (317) 232-6297
      Fax:    (317) 232-7979
    E-Mail:  Caryn.nieman@atg.in.gov

STATE OF INDIANA                )        IN THE MARION SUPERIOR COURT
                                )SS:
COUNTY OF MARION                )        CAUSE NO.  49D02-1505-CT-017445


DYLAN SINN,                     )
                                )
            Plaintiff,          )        **FILED**
    vs.                         )
                                )        ㉗   AUG 31 2015
BRUCE LEMMON, ET AL.,           )
                                )        *Myla A. Eloxander*
            Defendants.         )        CLERK OF THE MARION CIRCUIT COURT

## MOTION FOR FIRST ENLARGEMENT OF TIME

Comes now, Defendants, Keith Hartzell, Ty Robbins, and Paul Hoskins, by counsel, and respectfully move the Court to enlarge the time for the Defendants to respond to Plaintiff Dylan Sinn's Complaint for Damages and Declaratory Judgment ("Complaint") to and including September 3, 2015.  In support, Defendants state as follows:

1.      Dylan Sinn ("Plaintiff") filed his Complaint for Damages and Declaratory Judgment on May 27, 2015.

2.      The Complaint was served on some of these Defendants on August 3, 2015 and others on August 10, 2015.  The Defendants' responses are currently due August 31, 2015 and September 2, 2015, which time has not passed, no enlargement of time has yet been requested for these Defendants to respond to Plaintiff's Complaint.

3.      Linda Vannatta was served on August 11, 2015, and her response to the Complaint is currently due September 3, 2015.

4.      These additional defendants, Keith Hartzell, Ty Robbins, and Paul Hoskins, request a brief extension to September 3, 2015 (Vannatta's current due date) to respond to Plaintiff's Complaint.

5.     For efficiency, undersigned counsel would like to file one response on behalf of as many of the defendants as possible, instead of multiple responses for them. Therefore, undersigned counsel is requesting a brief enlargement to respond on behalf of these Defendants to allow time for a response to be prepared on behalf of all Defendants served to date.

6.     The undersigned counsel has requested a copy of the exhibits attached to the Complaint, as none of the exhibits were attached to the copies of the Complaint received by Defendants. Plaintiff's counsel has indicated that he will provide the exhibits, but they have not yet been received.

7.     The undersigned counsel contacted Plaintiff's counsel who does not object to this request for an enlargement of time.

8.     This initial enlargement of time to respond to the Complaint requested by Defendants is made for purposes of judicial economy and not for delay.

9.     The Defendants requests the Court extend to and including September 3, 2015, the Defendants' time to respond to the Complaint.

WHEREFORE, Defendants respectfully request the Court enlarge the time in which to file a response to the Complaint for Damages and Declaratory Judgment to and including September 3, 2015, and to grant Defendants all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Attorney No. 1958-98

Melinda J. Schwer
Deputy Attorney General
Attorney No. 19351-53

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been duly served upon the following persons listed below, by United States mail, first-class postage prepaid, on this 31st day of August, 2015:

Michael K. Sutherlin
Samuel M. Adams
Michael K. Sutherlin & Associates
P.O. Box 441095
Indianapolis, IN 46244-1095

Melinda J. Schwer
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 234-4665
Fax:    (317) 232-7979
Email: Melinda.schwer@atg.in.gov