UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DYLAN SINN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cv-01394-TWP-DML ) |
| JOHN BRUSH, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Comes now Plaintiff, Dylan Sinn, by counsel and respectfully requests that the Court Grant this Motion to Enforce Settlement Agreement. Dylan Sinn has a fully executed Release and Settlement Agreement ("Agreement") that was signed by attorneys for both parties and by Dylan Sinn on November 4, 2020. The Agreement is attached hereto as Exhibit **A**. The Court's consideration of this Motion should be based on Indiana state substantive law on contracts. In support of this Motion, Plaintiff states:

1. The Defendant's counsel, Archer Rose ("Rose"), and Plaintiff's counsel, Daniel Kent and Mary Jane Lapointe, agreed to settle this case for $125,000.00 and entered into the Agreement.

2. Rose has indicated that he received approval from his superior at the Attorney General's office.

3. Rose also stated that he had contacted Bob Bugher, counsel for the DOC, and received his approval for the settlement, and that Defendant, John Brush, consented to the settlement as well.

1

4.	On December 1, 2020 Rose informed Plaintiff's counsel Daniel Kent that the settlement agreement had been disapproved by someone in the Attorney General's office.

5.	The parties agreed to contact the Court and inform the judge that the Defendant would not honor the Agreement and therefore the parties could not comply with the Court's Order requiring the parties to file a Stipulation of Dismissal within 60 days and instead, requested a status conference.

6.	The Court set a status conference which was held telephonically, and Rose explained that the settlement agreement was conditional because of the statutory privilege purported to require approval by the Office of Attorney General and the Governor before a final settlement could be officially approved.

7.	Initially, Rose indicted that there was no point in holding another settlement conference, but after further discussion he asked the Court to allow him time to consult with his superiors about reaffirming the settlement or to get further instructions on how to proceed.

8.	The Court then ordered that Rose provide Plaintiff's counsel with a decision as to whether the Agreement would be honored by December 23, 2020.  That response is attached hereto as Exhibit **B**.  The Court further ordered that any Motions to Enforce the Agreement be filed within another thirty (30) days.

Plaintiff believes that the signed Agreement is a valid settlement and based upon contract law, statute, and case law, cannot be voided or rescinded.  A separate memorandum and exhibits will be filed simultaneously.

WHEREFORE Plaintiff respectfully requests that this Court require Defendant to comply with the terms of the Agreement, pay the Plaintiff $125,000.00 within a reasonable time, pay additional attorney fees which are appropriate because of the obfuscation and delay in getting

this matter resolved according to the terms of the Agreement, and award all further relief which is just and proper.

                Respectfully Submitted,

                Attorneys for Plaintiff

                /s/ Daniel Lapointe Kent
                Daniel Lapointe Kent
                Attorney No. 27197-49
                Lapointe Law Firm, P.C.
                8465 Keystone Crossing, Suite 150
                Indianapolis, IN 46240
                Tel: (317) 829-5870
                Fax: (317) 829-5871
                dkent@lapointelawfirm.com

                /s/ Michael K. Sutherlin
                Michael K. Sutherlin
                Attorney No. 508-49
                Michael K. Sutherlin
                Law Office of Michael K. Sutherlin, P.C.
                Tel.:   (317) 634-6313
                Fax.:  (317) 631-8818
                Email: msutherlin@gmail.com

## **Certificate of Electronic Filing and Service**

      I hereby certify that on January 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Archer Rose, Jr.
Deputy Attorney General
Archer.rose@atg.in.gov

Adrienne Pope
Deputy Attorney General
Adrienne.pope@atg.in.gov

                                                    /s/ Daniel Lapointe Kent
                                                    Daniel Lapointe Kent
                                                      Lapointe Law Firm, P.C.
                                                        8465 Keystone Crossing, Suite 150
                                                       Indianapolis, IN 46240
                                                       Tel: (317) 829-5870
                                                       Fax: (317) 829-5871
                                                       dkent@lapointelawfirm.com