UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| DYLAN SINN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 1:15-cv-01394-TWP-DML |
|  | ) |  |
| JOHN BRUSH, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

The Court has been advised by counsel that the parties' settlement [dkt. 238, Ex. A] has now been approved by the Attorney General and Governor. [Dkt. 242.]

Therefore, all pending motions, if any, are now DENIED AS MOOT and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are VACATED. Within fourteen (14) days of the date of this entry, the parties shall file a stipulation of dismissal consistent with the agreement of the parties. Should additional time be needed for settlement funds to be disbursed and clear, the parties may seek an extension of time to file dismissal documents for good cause shown, if requested in writing before expiration of this period.

**SO ORDERED.**

Date: 2/19/2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF