# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DYLAN SINN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:15-cv-01394-TWP-DML |
| JOHN BRUSH, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their counsel, respectfully submit their joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly stipulate and agree that this cause of action should be dismissed, with prejudice. Each party is to bear their own costs.

**So Stipulated.**

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

Date: March 3, 2021     By:     */s/ Archer Rose, Jr.*
Archer Rose, Jr.
Deputy Attorney General
Attorney No. 35969-49
Office of the Indiana Attorney General
Indiana Gov't Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone:  (317) 232-6286
Fax:  (317) 232-7979
Email:  Archer.Rose@atg.in.gov
*Counsel for Defendant*

1

2

Joined by: */s/ Daniel Lapointe Kent*
Daniel Lapointe Kent
Attorney No. 27197-49
Lapointe Law Firm, P.C.
8465 Keystone Crossing, Suite 150
Indianapolis, IN 46240
Telephone (317) 829-5870
Email: maryj@lapointelawfirm.com
*Counsel for Plaintiff*