UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| DYLAN SINN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-01394-TWP-DML |
| JOHN BRUSH, | ) |
| Defendant. | ) |

**ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL
WITH PREJUDICE AND ORDER TO CLERK TO CLOSE CASE**

The court acknowledges the stipulation filed by all parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), by their respective counsel, as to the dismissal of this action, with prejudice, each party to bear its own costs. Pursuant to that Rule, this case is **DISMISSED** with prejudice.

The Clerk is directed to close this case.

**SO ORDERED.**

Date: 3/4/2021

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All CM/ECF registered counsel-of-record.